# ATTACHMENT 1

# Office of the Provost Marshal
# Headquarters, United States Army, Europe

## Contract Guard Quality Assurance

ASSIST PROTECT DEFEND

## Standing Operating Procedures
## (SOP)

*January 2004*

contract upon receipt. Provide copies of correspondence pertaining to change and modifications to the contract to all SCORs. Retain correspondence on file in accordance with reference 3b, above and Annex A, this SOP.

(6) Validate all requests for additional guard services and forward to the USAREUR DCG/CofS for approval/disapproval.

(7) Ensure contractor invoices are validated before approval for payment.

(8) Keep the USAREUR DCG apprised of the status of the USAREUR contract guard program.

(9) Coordinate funding requirements with the USAREUR G-8 and IMA-Europe.

d. Installation/Activity Security Officers/Managers:

(1) Will act as the Commander's representative for security matters and in this capacity manage the Installation/Activity Security Program. The designated IC, Security Manager, or designated representative will provide security policy and instructions to the guard force. Instructions include verbal instructions to guards under their jurisdiction which are essential to day-to-day security operations. Examples include, but are not limited to, preparing and issuing Special Guard Orders/Instructions (including updates), dissemination of threat information, change in gate/patrol operations, directing security escorts and response to emergencies, and implementing increased security measures, etc.

(2) May direct guards/patrols to perform temporary security functions at alternate locations provided the reassignment is within the IC/Security Manger's local area of responsibility, has been verified by the contractor to be at no cost to the Government and does not exceed the limits of the contracted services specified in the PWS. The IC/Security Manager will consult with the SCOR prior to implementing guard reassignments, except when a delay would jeopardize the safety or security of personnel and/or facilities. All permanent changes to guard/patrol locations will be submitted to the SCOR for coordination and approval prior to implementation. Changes resulting in any costs to the Government will only be implemented after approval by the COR and Contracting Officer and formal modification of the contract. The SCOR will maintain a list of designated IC/Security Managers. The SCOR will brief IC/Security Managers on the scope of the contract and any limitation/restrictions that may affect local management of the contract. Local IC/Security Managers will be invited to participate in scheduled meetings between the SCOR and the contractor's representative to ensure continuity of security operations.

(3) As a matter of routine, monitor guard force performance for compliance with guard instructions and contractual requirements; immediately report deficiencies observed to the SCOR; recommended corrective actions, as needed.

e. IMA-Europe will program and provide necessary funding for contract execution.

f. Contracting Command, Europe / Wiesbaden Contracting Center (WCC) will:

(1) Appoint a Contracting Officer (KO) to manage and administer security guard contracts IAW Federal Acquisition Regulation (FAR), USAREUR Reg 715-3, and the contract PWS which WCC has assigned responsibility.

(2) The KO will appoint CORs and SCORs nominated by the Requiring Activity (OPM) and respective ASGs, and provide direct supervision and oversight over the COR and SCORs, in the execution of their contract administration duties and responsibilities.

(3) Provide CORs and SCORs initial COR and refresher training, as required.

(4) Provide technical advice and assistance to OPM, USAREUR, other USAREUR staff agencies,
and subordinate commanders on contract guard service related issues.

(5) Keep the Requiring Activity apprised of the status of contract administration and associated issues that require command attention, corrective action, and/or resolution.

(6) Assist in the resolution of contract guard related issue, as required.

g. ASG Commanders will:

(1) Execute local management and oversight of their portion of the Germany-wide security guard contracts and serve as an alternate Chief of Activity of their specific contract guard requirements in accordance with AER 190-13 and this SOP.

(2) Nominate for appointment a sufficient number of local Site Contracting Officer's Representatives (SCOR) and Quality Assurance Evaluators (QAE) and ensure same are adequately trained to provide centralized management of contract QA plans and this SOP.

(3) Forward nominations for SCORs through OPM at HQ, USAREUR, ATTN: AEAPM-O-SCO, Unit 29931, APO AE 09086 for review before final approval/appointment by the Wiesbaden Contracting Center.

(4) Maintain a copy of the nomination and appointment orders on file at OPM, USAREUR, at the local requesting activity, and IAW Annex A, this SOP.

(5) Implement and manage the Individual Reliability Program (IPR) for contract guards in accordance with Chapter 7, AER 190-13.

(6) Delegate the ASG Provost Marshal as the IPR Certifying Official.

(7) Validate all contract guard posts annually and submit results to HQ, USAREUR, ATTN: AEAPM-O-SOB, APO AE 09086 by 01 October of each year to terminate excess requirements.

(8) Validate all requests for additional contract security guard services and forward to HQ, USAREUR for final action/approval in accordance with procedures outlined in Chapter 7, AER 190-13 and in coordination with Force Protection Division, HQ, USAREUR.

(9) Ensure a sufficient number of QA personnel are designated and assigned to implement the quality assurance program, supervise assigned SCOR/QAE activities, and monitor implementation of local quality assurance plans.

(10) Conduct periodic command inspections or staff assistance visits to ensure contract guard quality assurance plans and requirements are being implemented in accordance with Chapter 7, AER190-13 and the governing contract PWS.

(11) Keep the USAREUR PM appraised of the status and adequacy of the local contract guard program and request command assistance, if required.

h. ASG Provost Marshals will:

(1) Assume responsibility for implementing and managing the ASG wide contract guard program in accordance with AER 190-13, the contract PWS, and this SOP.

(2) Advise commanders, the S2/S3, and Force Protection Officers on all security guard related issues, as the proponent for physical security and law enforcement

(3) Assist the SCOR in monitoring contractor performance in accordance with the procedures outlined in this SOP; designate non QAE personnel (military police (MP), force protection (FP) personnel, installation coordinators (IC), etc., as appropriate) to assist the SCOR, as required, in executing quality assurance compliance checks.

(4) Delegate the Individual Reliability Program (IRP) function to the COR responsible for direct oversight of security guard contracts outside Germany, or the Site Contracting Officer's Representative (SCOR) inside Germany.

i. Contracting Officer's Representative will: Monitor and certify contractor performance and payments for services received, IAW the PWS and USAREUR Regulation 715-3. For the purpose of USAREUR managed contracts in Germany, each ASG with contract guard requirements will have separately appointed Site Contracting Officer's Representatives (SCOR). SCORs must meet the same training and qualification standards required of a COR. Both CORs and SCORs should be a subject matter expert in the security/law enforcement field.

(1) The USAREUR Contracting Officer's Representative (COR) will:

(a) Execute COR duties in accordance with requirements of USAREUR Regulation 715-3, the Contract Guard Quality Assurance Plan SOP , and instructions provided by the Contracting Officer (KO).

i. Keep the KO informed of the status of contractor performance.

ii. Immediately report to the KO all conditions of non-compliance that cannot be satisfactorily resolved at the COR and/or SCOR level.

(b) Provide technical supervision over local appointed SCORs.

(c) Forecast and submit contract guard budget requirements to the OPM Resource Management (RM) Office for action; represent contract guard program requirements at budget meeting and workshops, as appropriate.

(d) Process in a timely manner (IAW Chapter 7, AER 190-13 and Annex A, this SOP) all requests for additional guard services submitted by Commanders to the USAREUR DCG for approval; coordinate necessary funding with G-8 and IMA-Europe, as appropriate.

(e) Develop and submit requests for contract modifications to the KO for action; post all approved modifications to the appropriate contract; ensure SCORs receive a copy of all contract modifications for local action and file.

(f) Provide technical assistance and guidance to the USAREUR staff, USAREUR Contracting Command, and subordinate commanders on contract security guard utilization and related contract issues.

(g) Conduct COR/SCOR workshops. The first workshop will be held within 30 days after the start of a contract, and at least quarterly thereafter. The KO will participate. The contractor will be invited to participate. The agenda will allow for two separate sessions, one for U.S.- only discussions and a second for joint U.S.- contractor participation. A written agenda will be published. A copy of the agenda along with minutes of the meeting will be provided to all participants within ten days after completion of the workshop. A copy of the agenda and minutes of the meeting will be retained for file.

(h) Conduct an annual review of the USAREUR Contract Guard Performance of Work Statement; staff changes and submit for publication, as appropriate.

(i) Keep the USAREUR PM and staff appraised of the status of the USAREUR contract guard program and recommend changes/improvements, as appropriate.

(j) Execute the Quality Assurance Surveillance Plan inspections and conduct annual command compliance inspection.

(k) Certify invoices for payment.

(l) Maintain a copy of COR and ACOR nomination and appointment orders

j. Site Contracting Officer's Representatives (SCORs) will:

(1) Execute duties in accordance with requirements of USAREUR Regulation 715-3, the

Contract Guard Quality Assurance Plan, and instructions provided by the USAREUR COR and Contracting Officer (KO).

(2) Execute the Quality Assurance Surveillance Plan (QASP).

(3) Monitor contractor performance for payments for services performed.

(4) Provide technical supervision over locally designated Quality Assurance Evaluators (QAE) and other personnel assigned quality assurance responsibilities.

(5) Act as the point of contact for the commander on contract guard utilization, contract requirements and related issues.

(6) Notify the Office of the Deputy Chief of Staff, G2 (AEAGB-CI-S) when contractor employees screened under provisions of USAREUR Regulation 604-1 leaves the employment of the contractor or no longer requires access to USAREUR installations under provisions of the contract. Formal notification will be by memorandum and will include the full name, date, and place of birth of the employee and name of installation concerned. The memorandum will be forwarded to Commanding General, USAREUR, ATTN: AEAGB-CI-S, Unit 29351, APO AE 09014.

k. Quality Assurance Evaluator will assist the COR or SCOR in executing the quality assurance surveillance plan (QASP). They will be appointed by the ASG/BSB Commander and will report directly to the responsible COR or SCOR. QAEs are not required to complete COR/SCOR training, but should be subject matter experts in the security/law enforcement field.

## 6. REQUESTING ADDITIONAL GUARD SERVICES.

The DCG/CofS USAREUR is the approving authority for all requests for permanent guard positions and temporary contract guard positions that exceeds $200K. The USAREUR Provost Marshal may approve requests for temporary positions that do not exceed $200K. The ASG Commander will validate requirements for additional contract guard services IAW paragraph 7-11, Chapter 7, AER 190-13. Requests will be:

a. Initiated by the ASG Commander and submitted in the form of an executive summary or a memorandum. The request will contain a summary of the reasons or rationale for the request and why the requirement(s) cannot be met by use of BMM, other available sources, use of electronic security system technology, or by the reallocation of existing guard resources.

b. If requirement is for additional and permanent guard positions or costs of the requested guard services exceeds $200K, the request will be addressed thru the OPM, HQ, USAREUR, ATTN: AEAPM-O-SOB, Unit 29931, APO AE 09086 to the DCG, USAREUR for decision. If the cost is $200K or less, the request will be addressed to OPM, USAREUR for decision and approval. The USAREUR PM will validate the requirement, staff, secure funding support, and submit request to DCG, USAREUR for decision.

NOTE: To allow adequate time for staffing, all requests for additional guard services should be forwarded to arrive at HQ, USAREUR at least 30 days before the desired start-date of the required services unless force protection condition(s) precludes the meeting of this requirement.

**7. RECORD KEEPING.**

The COR and SCOR will establish and maintain records required by this SOP and the contract PWS IAW AR 25-400-2. The contractor is responsible for maintaining personnel and training files on all active contract guards employed under the contract.

**8. CHANGES & ADDITIONS.**

Changes to this SOP will be forwarded to the Office of the Provost Marshal, HQ, USAREUR & 7th Army, ATTN: AEAPM-O-SO, APO AE 09086 for approval. Electronic email submissions are acceptable. FAX to DSN: 381-8140 or email to maxie.bulloch@manupo.pmo.army.mil.

**9. ENCLOSURES.**

Annex A: Contract Security Guard Quality Assurance Surveillance Plan (QASP) with Form and Appendix A.
Form PWS 1-R, Daily Guard Roster
Appendix A-1, TE A-1 - Contract Guard Quality Assurance Checklists / Tab A - Guard Force Uniform/Equipment Requirements
Appendix A-2, TE A-2 - Guard Post Manning Checklist
Appendix A-3, TE A-3 - Monthly Contractor Performance Evaluation Letter
Appendix A-4, TE A-4 - Notification of Deficiencies Letter
Appendix A-5, TEA A-5 - Invoice Certification Letter
Appendix A-6, TEA A-6- Invoice Hours Certification Report

ANNEX A

CONTRACT SECURITY GUARD
QUALITY ASSURANCE SURVEILLANCE PLAN

**1. PURPOSE.**

This Quality Assurance Surveillance Plan (QASP) describes the surveillance procedures that will be used to monitor contract performance for guard services specified in this SOP, the PWS, Attachments, and guard orders attached, thereto.

**2. BACKGROUND.**

a. There is a distinct difference between quality control and quality assurance, and it is extremely important that these two separate functions are understood. When the U.S. Government purchases services, there must be a way to attest to the value received for monies spent. To do this, the U.S. Government must be able to confirm the quantity and quality of services received conforms to contract requirements. The U.S. Government is responsible for developing and implementing procedures and assuring that the government is getting what it contracted for. These procedures are called Quality Assurance (QA). QA will be performed as specified in this Annex, and Technical Exhibits, thereto. Contractors, on the other hand, provide Quality Control (QC). The purpose of QC is to control the service process to ensure the desired level of output quality is maintained. The contractor must submit their quality control plan with their proposals.

b. If the Government receives anything less than 100% of contracted requirements, the contracting officer must act appropriately, such as deductions for services not received. Accepting anything less indicates the U.S. Government overstated its requirements. A contractor who provides anything in excess of contract requirements does so at his/her own risk.

c. Using various QA surveillance methods allows the U.S. Government to document the quality of work and draw conclusions about contract performance. The conclusions drawn depend on the evaluation method used. For the purpose of this contract, all inspections will utilize the enclosed checklists. Inspections may also cover any contractual nature of support, and need not be limited to just the checklists.

d. The U.S. Government QA requirements may change during any point of the contract period due to modifications or due to increased or decreased levels of contract performance. Modifications may add, delete or change the services required. The changes may require a corresponding change in the QASP. The Government has the right to change or modify inspection methods and frequencies as needs dictate.

**3. QUALITY ASSURANCE (QA) PROGRAM FILES.**

Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

The SCOR shall establish and maintain QA files that will be used for the term of the contract, including option periods. The files shall have meet the requirements of this SOP and at a minimum contain the following:

a. Copy of the contract, deliver orders, and all modifications.

b. Copy of the QASP and SOP.

c. Copy of surveillance/inspection reports and reports of corrective action

d. Payment invoices and associated documentation.

e. SCOR Monthly Surveillance Schedule

f. Copy of the COR/SCOR appointment letter or orders.

g. Copy of COR/SCOR training certificates and associated documents.

h. Current list of active contract guard personnel.

i. Current training schedule.

j. Individual Reliability Program (IPR) certifications.

k. COR/SCOR initiated AE Form 604-1 or DCII or CRC/NCIC checks

l. AE Form 604-1 (Foreign National Screening Program) suspense file.

m. Drug abuse testing records and reports.

n. Copy of all correspondence pertaining to the contract (internal/external initiated).

o. Copy of all external/internal audits and inspections of the contract guard program.

**4. The USAREUR COR will:**

a. Execute the contract Quality Assurance Surveillance Plan ICW SCORs.

b. Execute the annual command compliance inspections. The USAREUR COR should participate in the conduct of at least twenty-five (25) percent of the inspections. Other personnel assigned to HQ, USAREUR, OPM will conduct the remainder of the inspections.

(1) The frequency of inspections should ensure that each ASG guard program is inspected at least once during a twelve (12) month period. Inspections may be conducted more frequently if warranted.

Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

(2) The responsible SCOR or his/her designated representative will accompany the inspection team at all times during the course of the inspection. The contractor will be invited to provide a representative.

(3) The inspected activity/command and the contractor (as appropriate) will be provided a preliminary copy of findings noted at conclusion of the inspection. A formal report of findings with request for report of corrective action taken or planned will be forwarded to the responsible ASG commander and/or ASG Provost Marshal within 30 days of completion of the inspection.

(4) Inspection reports and reports of corrective action will be retained on file by both the inspected activity and OPM, HQ, USAREUR.

**5. SCOR/QAE QASP SURVEILLANCE, DOCUMENTATION AND REPORTING PROCEDURES.**

a. Prior to the contract start date; the COR/SCOR will advise the contractor of the records that must be maintained to establish an audit trail (i.e., journals, inventory lists, guard rosters, IRP records, etc). Records must be concise and easily understandable.

b. All meetings, interactions between the COR, SCOR, or QAE and the contractor should also be documented and filed.

c. The SCOR or designated QAEs will conduct surveillance inspections. Other appropriate personnel, i.e., MP, FP personnel, ICs, etc. will accomplish guard post manning checks.

d. Copies and status of quality assurance inspections, with all supporting documentation, will be maintained on file.

e. Training:

(1) SCOR will randomly observe/monitor at least fifty (50%) percent or more of all scheduled training required and conducted IAW the contract PWS. A written training evaluation record, in memorandum format, of COR/SCOR attendance at training sessions will be maintained. The record will identify the time, date, type and location of training, number of attendees, and any deficiencies noted. A copy of the training evaluation record will be provided to the contractor or his/her site representative within five working days after completion of the training. Only the COR or SCOR will monitor/evaluate and verify adequacy of the contractors' training program and compliance with contract qualification requirements.

(2) SCOR will randomly inspect at least ten (10) percent of contractor maintained guard personnel and training files monthly. The inspection will ensure that all guard personnel employed under the contract and listed on the current guard roster are properly trained, qualified, certified, and equipped IAW the PWS. A record of the inspection results that identify files inspected, to include deficiencies and a report of corrective action taken by the contractor, will be maintained on file.

Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

(3) All deficiencies or unsatisfactory contractor performance will be documented. The contractor will be notified within five working days of the incident, be provided documentation of the deficiency, be required to sign the Notification of Deficiencies letter and initial the evaluation/inspection record. The SCOR will note the date and time the contractor was notified of the discrepancy on the letter, and initial the notation. Format at Annex A, Appendix A-4, TE A-4, Notification of Deficiencies, hereto, will be used to formally notify the contractor.

(4) The contractor will be requested to provide the SCOR a report of corrective action on noted deficiencies within five working days after receipt of the deficiency letter.

(5) The SCOR will immediately report all conditions of non-compliance that cannot be satisfactorily resolved at the local level to the USAREUR COR. The COR will consult with the KO on all unresolved questions/issues of compliance.

f. Guards/Guard Posts/Equipment Inspections and Checks:

(1) SCOR or QAE will inspect guards, guard posts, and guard performance to ensure that both the required number of personnel are present/equipped and the post is operationally effective (i.e. special orders are accurate, pass on book is current, guards perform satisfactorily, etc). Format at Annex A, Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklists, hereto, will be used for this purpose.

(2) At a minimum the SCOR will randomly inspect at least thirty-three (33) percent of all contract guard posts and patrols over all shift periods during each month so that one hundred (100) percent are inspected during each quarter. Of the thirty-three (33) percent, at least 10 percent will be performed by the SCOR. The remaining checks may be performed by locally appointed Quality Assurance Evaluators (QAE).

(3) Other appropriate staff elements in the ASG or BSB, i.e., MP, FP personnel, ICs, etc. may assist in ensuring program compliance by checking guard posts (i.e.. number of guards, appearance, equipment). Format at Annex A, Appendix A-2, TE A-2, Guard Post Manning Checklist, hereto, will be used for this purpose. Results of the checks will be provided to the SCOR.

(4) All deficiencies or unsatisfactory contractor performance will be documented. The contractor will be notified within five working days of the incident, be provided documentation of the deficiency, be required to sign the Notification of Deficiencies letter and initial the inspection checklist. The SCOR will note the date and time the contractor was notified of the discrepancy on the letter, and initial the notation. Format at Annex A, Appendix A-4, TE A-4, Notification of Deficiencies, hereto, will be used to formally notify the contractor.

(5) The contractor will be requested to provide the SCOR a report of corrective action on noted deficiencies within five working days after receipt of the deficiency letter.

Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

(6) The SCOR will immediately report all conditions of non-compliance that cannot be satisfactorily resolved at the local level to the USAREUR COR. The COR will consult with the KO on all unresolved questions/issues of compliance.

g. Guard Roster Validation

(1) SCOR will use the daily guard rosters (Form PWS 1-R, Daily Guard Roster) as a tool to monitor if guard posts are being manned in accordance with requirements of the PWS. At a minimum, the SCOR will check at least ten (10) percent of daily guard roster entries against the actual guard post manning requirements for each invoice billing period.

(2) All deficiencies or unsatisfactory contractor performance will be documented. The contractor will be notified within five working days of the incident, be provided documentation of the deficiency, be required to sign the Notification of Deficiencies letter and initial the roster. The SCOR will note the date and time the contractor was notified of the discrepancy on the letter, and initial the notation. Format at Annex A, Appendix A-4, TE A-4, Notification of Deficiencies, hereto, will be used to formally notify the contractor.

(3) The contractor will be requested to provide the SCOR a report of corrective action on noted deficiencies within five working days after receipt of the initial report.

(4) The SCOR will immediately report all conditions of non-compliance that cannot be satisfactorily resolved at the local level to the USAREUR COR. The COR will consult with the KO on all unresolved questions/issues of compliance.

**6. CERTIFICATION PROCEDURES FOR INVOICE PAYMENT.**

The U.S. Government must have reasonable assurance that the contractor has satisfactorily performed performance before payments for services are made. The USAREUR COR will validate the contractors' performance before authorizing payments. The following certification procedures apply:

a. The contractor shall provide the COR, SCOR, and the USAREUR Provost Marshal RMO an electronic copy of payment invoices for review for accuracy and verification of satisfactory contractor performance before approval for payment.

b. The SCOR will immediately review (within 24 hours of receipt) each invoice. Results of the SCOR and QAE inspections and non-QAE guard post checks will be compared by the SCOR to the contractor's billing invoices before SCOR recommends invoices for payment, to COR, HQ, USAREUR, to ensure the government pays only for guard services actually rendered.

c. Not later than the day following the end of the invoice period, the SCOR shall certify to the COR that required contractor performance for the previous period has been accomplished. Formats at Annex A, Appendix A-5, TE A-5, Invoice Certification Letter and Appendix A-6, TE A-6, Invoice Hours Certification Report, hereto, will be used for this purpose. Notification may be submitted by electronic mail with a signed hardcopy maintained on file. Final resolution of

an issue will not delay submission of the invoice to DFAS for processing. When required, issues will be resolved at a later time end, if necessary, adjustments will be made on a subsequent invoice.

d. A written record of action taken to reconcile non-compliance issues will be maintained on file by the SCOR.

e. The OPM RM will validate and certify to the COR the accuracy of invoice payment amounts. Invoiced errors noted will be corrected prior to certification for payment.

f. Payment of lost guard work hours not reconciled within ninety (90) days after initial invoice period will be deducted from subsequent payment invoice(s) as directed by the KO.

g. Any disagreement between the contractor and the COR on non-compliance or lost work hours requiring deductions of payment will be immediately referred to the KO for resolution.

h. After verifying adequacy of performance, the COR or Alternate COR (ACOR) will certify invoices for payment by signing and dating DA Form 200 (Transmittal Record) and each copy of the invoice. The COR or ACOR will ensure invoices are delivered to DFAS-EU, ATTN: AEUFC-KA-AP, Kleber Kaserne, Geb: 3208, Mannheimerstr, 67657 Kaiserslautern for processing for payment. The COR and the OPM RM will retain a copy of each invoice on file pending final payment.

i. The COR will process all payment invoices in a timely manner to ensure the government receives any discounts, and meets the requirements of the Prompt Payment Act.

j. The OPM RM will monitor fund disbursements and reconcile differences with DFAS-EU and WCC, as appropriate.

**7. MONTHLY CONTACTOR PERFORMANCE DOCUMENTATION.**

Not later than the fifth working day of each month, the local SCOR shall evaluate contractor performance for the previous month. Format at Annex A, Appendix A-3, TE A-3, Contractor Performance Evaluation Letter, hereto, will be used for this purpose. The memorandum will be delivered to the KO, with a copy furnished to the COR.

**8. FUNCTIONS TO BE INSPECTED.**

The specific functions to be surveilled are found in Para's 5e(1), 5f(1), 5f(3), and 5g(1). Annex A, Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklist, Appendix A-2, TE A-2, Guard Post Manning Checklist, and Form PWS 1-R, Daily Guard Roster will be used. Additional tasks shall be added as appropriate by the COR, SCOR and/or QAE to meet local requirements.

**9. MILESTONES.** (To be determined by each ASG.)

Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**10. HOW TO USE THE PLAN.**

The SCOR will develop a monthly surveillance schedule, which will identify the number of guard posts/positions being inspected, by determining when to monitor the contractor. Each inspection made by the SCOR or QAE must be scheduled, documented and filed for future audit or command inspection. Surveillance will be random and must cover all hours of operation and each of the seven days of the week, including all holidays. It is recommended that shift change and lunchtime be included. The schedule must be completed by the last workday of the month for the following month. A copy of the schedule will be provided to the COR

**11. SAMPLING PROCEDURES.** All services/requirements identified on the Contract Guard Quality Assurance Checklist or Guard Post Manning Checklist will be observed by the inspector/checker.

**12. SURVEILLANCE DOCUMENTATION & REPORTING FORMS.**

Form PWS 1-R, Daily Guard Roster

TECHNICAL EXHIBITS (TE):
A-1 Contract Guard Quality Assurance Checklists
w/1 Encl, TAB A, Guard Force Uniform/Equipment Requirements
A-2 Guard Post Manning Checklist
A-3 Monthly Contractor Performance Evaluation Letter
A-4 Notification of Deficiencies Letter
A-5 Invoice Certification Letter
A-6 Invoice Hours Certification Report

Form PWS 1-R, Daily Guard Roster, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

## DAILY GUARD ROSTER

**Guard Unit/Section:** ______________________________

**Contract Number:** ______________________________

**INSTRUCTIONS**

This form will be posted at each guard post. Each guard will complete the form upon assuming duty and at the end of the duty day.

Completed forms will be collected and retained by the SCOR.

| NAME (Print) | SIGNATURE | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form PWS 1-R

Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklists, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**USAREUR Contract Guard Quality Assurance**
**Guard Supervisor Checklist**

**Installation Name:**______________________________________ **DTG:** ____________________

**SCOR Name and phone:**__________________________________________________

**Guard Supervisor's Name and Badge Number:** ______________________________________________

| Yes | No | N/A | A. Guard Supervisor |
|---|---|---|---|
| | | | 1. Does the Guard Supervisor have a daily guard roster (PWS Form 1-R)? |
| | | | 2. Are guard posts manned in accordance with the contract? |
| | | | 3. Is a guard mount with all oncoming guards held at change of shifts? If not, annotate on Comments Sheet how information is passed on to the oncoming shift personnel. |
| | | | 4. Are oncoming guards briefed on use of force, change in mission and threat condition, plus other pertinent information? |
| **Yes** | **No** | **N/A** | **B. Uniform/Appearance/Equipment** |
| | | | 1. Is the supervisor in proper summer/winter uniform? |
| | | | 2. Is the uniform clean and in good appearance? |
| | | | 3. Does the supervisor have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is the supervisor properly equipped with? |
| | | | a. Handgun |
| | | | b. Ammunition |
| | | | c. Flashlight (during hours of darkness/reduced visibility |
| | | | d. Nightstick |
| | | | e. Whistle |
| | | | f. First aid kit/pouch |
| | | | g. Handcuffs with key |
| **Yes** | **No** | **N/A** | **C. Vehicles, Equipment and Radios** |
| | | | 1. Are all security vehicles marked with the name of the contractor and the words "Security Patrol?" |
| | | | 2. Does each security vehicle have? |
| | | | a. Fire extinguisher |
| | | | b. First aid kit |
| | | | c. Warning triangle(s) (as applicable) |
| | | | d. Snow chains |
| | | | 3. Is each security vehicle clean? |
| | | | 4. Is each security vehicle equipped with a mobile base station that is compatible with US military station/area frequencies? |
| **Yes** | **No** | **N/A** | **D. Weapon Storage, Handling and Clearing Procedures** |
| | | | 1. Are weapons stored IAW contract PWS/AR 190-11? |
| | | | 2. Is each guard qualified with their issued weapon? |
| | | | 3. Is there a supervisor on site each time a weapon is cleared? If not, what supervision is provided during the clearing of a weapon? |
| | | | **Note: Explain all No responses on Comments Sheet** |

Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklists, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**USAREUR Contract Guard Quality Assurance**
**Guard Force / Guard Post Checklist**

**Installation/Post # or Name:**____________________________________**DTG:** ____________________

**SCOR Name and phone:**________________________________________________

**Guard Names and Badge Numbers:** ________________________________________________

| Yes | No | N/A | **A. Guard Force** |
|---|---|---|---|
| | | | 1. Is the post manned in accordance with the contract guard post listing? |
| | | | 2. Does the post have guard orders/instructions in both English and German languages? |
| | | | 3. Do the guards carry orders or are they readily available at the post? |
| | | | 4. Are published changes to guard orders/instructions posted at the post? |
| | | | 5. Are all required security SOPs, access control rosters, pass-on book, etc at the post? |
| | | | 6. Does each guard speak English and German to the extent they understand oral and written communications? |
| | | | 7. Does each guard speak English and German to the extent they communicate work i.e., reporting emergency situations in person or by phone to supervisors or military authorities? |
| | | | 8. Are reports and forms completed legibly and in English? |
| **Yes** | **No** | **N/A** | **B. Guard Duties and Responsibilities** |
| | | | 1. Is each guard knowledgeable of assigned duties and responsibilities? |
| | | | 2. Is each guard performing their mission in accordance with guard orders, security SOPs and instructions? |
| **Yes** | **No** | **N/A** | **C. Guard Communication** |
| | | | 1. Does each guard post (or guard when away from the guard post) have a hand held radio that is compatible with US military station/area frequencies? |
| | | | 2. Are communications checks performed and documented at the beginning of shift and every two hours there after? |
| **Yes** | **No** | **N/A** | **D. Guard Uniforms/Appearance/Equipment** |
| | | | 1. Is each guard in proper summer/winter uniform? |
| | | | 2. Is the uniform clean and in good appearance? |
| | | | 3. Does each guard have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is each guard properly equipped? |
| | | | a. Handgun |
| | | | b. Ammunition |
| | | | c. Flashlight (during hours of darkness/reduced visibility) |
| | | | d. Nightstick |
| | | | e. Whistle |
| | | | f. First aid kit/pouch |
| **Yes** | **No** | **N/A** | **E. Guard Post** |
| | | | 1. Is there a clearing barrel at the post? |
| | | | 2. Does each guard know weapons clearing procedures? |
| | | | 3. Is the guard post clean? |
| | | | 4. Are contractor furnished cleaning supplies available to maintain the guard post? |
| | | | 5. Does the post have a spotlight? |
| | | | **Note: Explain all No responses on Comments Sheet** |

Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklists, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**USAREUR Contract Guard Quality Assurance**
**EDD / Patrol Dog Checklist**

**Installation Name:**________________________________________**DTG:** ______________________

**SCOR Name and phone:**___________________________________________________

**Guard/Handler Names and Badge Numbers:** _________________________________________________

| Yes | No | N/A | A. Uniform/Appearance/Equipment |
|---|---|---|---|
| | | | 1. Is each guard/handler in proper summer/winter uniform? |
| | | | 2. Is the uniform clean and in good appearance? |
| | | | 3. Does each guard/handler have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is the guard/handler properly equipped with? |
| | | | a. Handgun |
| | | | b. Ammunition |
| | | | c. Flashlight (during hours of darkness/reduced visibility? |
| | | | d. Nightstick |
| | | | e. Whistle |
| | | | f. First aid kit/pouch |
| **Yes** | **No** | **N/A** | **B. Vehicles, Equipment and Radios** |
| | | | 1. Are all security vehicles marked with the name of the contractor and the words "Security Patrol?" |
| | | | 2. Are all EDD and patrol dog vehicles also marked with signs for the transportation of dogs, as required by German law? |
| | | | 3. Does each security vehicle have? |
| | | | a. Fire extinguisher |
| | | | b. First aid kit |
| | | | c. Warning triangle(s) (as applicable) |
| | | | d. Snow chains |
| | | | 4. Is each security vehicle clean? |
| | | | 5. Is each security vehicle equipped with a mobile base station that is compatible with US military station/area frequencies? |
| **Yes** | **No** | **N/A** | **C. Dog Equipment (If no, also identify which handler and dog)** |
| | | | 1. Does each dog have? |
| | | | a. Choke chain |
| | | | b. Leather collar |
| | | | c. Kennel chain |
| | | | d. Muzzle |
| | | | e. Leash |
| | | | f. Equipment holder |
| | | | g. Comb and brush |
| | | | h. Reward |
| | | | **Note: Explain all No responses on Comments Sheet** |

Appendix A-1, TE A-1, Contract Guard Quality Assurance Checklists, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**USAREUR Contract Guard Quality Assurance**
**Checklist Comments Sheet**

**Installation/Post # or Name:**____________________________________**DTG:** _______________________

| Section/Number | Comments: |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TAB A, Guard Force Uniform/Equipment Requirements, to Appendix A-1, TE A-1, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

GUARD FORCE UNIFORM/EQUIPMENT REQUIREMENTS

1. GUARD UNIFORMS (Para 4.1.1, PWS): The Contractor shall furnish standard security guard uniforms as appropriate for use by security guards in the host nation. The uniform shall not be in conflict with any other uniformed activity such as the host nation police, firemen, military, or U.S. military, as required by appropriate host nation laws. All contract guard personnel while on duty shall wear the uniform. The Contractor shall provide uniform clothing for use during inclement weather. All uniforms will be "identical", including seasonal clothing, except for items that identify rank or position. All security guards on duty will wear uniform seasonal clothing and shoes, and carry identical equipment.

a. Badges (Para 4.1.2, PWS): The uniform shall support a cloth or metal insignia displaying the Contractor furnished badge. Contract personnel shall wear identification badges provided by the Contractor while on duty. The badge will be laminated. The badge will contain a personal picture, name of employee, and Contractor's name. Badges shall be worn in a uniform manner on the outer garment in full view. Badges may be attached to the outer shirt/jacket pocket by a button or clip or worn around the neck secured by an appropriate identification card chain.

b. Footwear (4.1.1, PWS): Appropriate shoes or boots (both with firm sole and heel) shall be worn. Sport/casual shoes are not authorized. The Contractor shall provide footwear for use during inclement weather.

2. OTHER INDIVIDUAL GUARD EQUIPMENT:

a. Handguns (Para 4.2, PWS): If use of handguns are required by Special Guard Orders, the Contractor shall provide each security guard on duty with a standard handgun, .38 caliber, with not less than a four inch barrel, up to .45 caliber (9mm is acceptable). Use of shotguns is not authorized under this contract. The Contractor is responsible for the security and storage of weapons at all times. Contractor weapons stored on U.S. facilities shall be secured in accordance with U.S. requirements outlined in AR 190-11, Physical Security of Arms, Ammunition, and Explosives. The Contractor shall obtain and secure all applicable host nation licenses. Use of privately owned weapons is prohibited. Security guards shall be trained on and qualified with the type handgun that they are issued.

b. Ammunition (Para 4.3, PWS): The Contractor shall furnish and supply all ammunition required for use under this contract. Each guard will be issued at least 18 rounds of ammunition for his/her weapon. Ammunition for reload will be in clips/magazines carried on the person in a pouch or pocket. Only standard ball ammunition shall be used under this contract. The duty weapon will be carried with ammunition inserted in the weapon as required by EUCOM and USAREUR Force Protection directives.

c. Flashlights (Para 4.7.1, PWS): The Contractor shall provide flashlights for each security guard working during the hours of darkness or reduced visibility.

TAB A, Guard Force Uniform/Equipment Requirements, to Appendix A-1, TE A-1, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

d. Spotlights (4.7.2, PWS): The Contractor shall provide hand-held battery operated spotlights with batteries for security guard training and operational requirements. These spotlights will be of an increased illumination capability above that of flashlights used during day-to-day operations. These spotlights shall be available for use during search or emergency incidents.

e. Watch Clocks (4.7.3, PWS): The Contractor shall provide operational/approved watch clocks with the number of keys as specified by guard orders and/or by the contracting officer's representative (COR) or SCOR. Watch clocks will be located at points designated by the COR or SCOR. This provision applies only if watch clocks are required by guard orders.

f. Radios (4.7.4, PWS): Radio equipment shall be compatible with the U.S. military station/area frequency and shall include a radio for each patrol vehicle and static guard post and hand portable radio(s) for each security guard to use when away from a patrol vehicle or telephone while on duty. Due to geographical locations, base station radios and antennas may be required at some guard posts to enable effective radio communications. All radios shall be of a multi-channel design and have a programmable frequency change capability.

g. Search Mirrors (Appendix A, Para 6a, PWS): The contractor shall provide at least one (1) hand-held mirror devices equipped with a handle for use at each vehicle access point for use by guards to facilitate the search of the undercarriage of vehicles before entering or leaving the installation. The mirror device shall be of sufficient size and construction to allow the guard to perform an adequate and timely vehicle search.

h. Whistle (Appendix A, Para 6d, PWS): Each guard will be equipped with a whistle.

i. Nightstick (Appendix A, Para 6d, PWS): Each guard will be equipped with a nightstick.

j. First Aid Kit/Pouch (Appendix A, Para 6d, PWS): Each guard will be equipped with a first aid kit/pouch.

k. Handcuffs (Appendix A, Para 6e, PWS): In addition to equipment listed in above, Guard Supervisors will be equipped with handcuffs and key.

3. EXPLOSIVE DETECTOR DOG (EDD) and PATROL DOG UNIFORM & INDIVIDUAL EQUIPMENT (Para 4.1.4, 1.4.1.5, & 4.7.5, PWS): Provisions of Para 4.1 thru 4.9 apply, except dog handlers shall be equipped with the following items of equipment, as appropriate:

a. Choke chain.

b. Leather collar.

c. Kennel chain.

d. Muzzle.

e. Leash.

f. Equipment holder.

g. Comb and brush.

h. Reward.

4. SECURITY GUARD VEHICLES (Para 4.5 & 4.5.1, PWS): The Contractor shall, pursuant to the Special Security Guard Orders, furnish and use all types of vehicles, as appropriate. Vehicles required by special guard orders shall be equipped in accordance with Para 4.5 for basic patrol vehicles and 4.5.1 for explosive detection and patrol dog teams. Vehicles shall be identified on the driver's door with the name of the Contractor, and the words "Security Patrol". Individual equipment shall include a mobile base station radio, a fire extinguisher, warning triangle, first aid kit, and snow chains. Also, vehicles used by Patrol and EDD teams will be properly equipped for transport of Patrol and EDDs in accordance with recognized industry standards that meet host nation law. All vehicles used for the transport of Patrol and EDDs will be equipped with warning signs that meet host nation requirements. Signs are normally of the removable types that are placed on the outside of the vehicle when used to transport dogs.

Appendix A-2, TE A-2, Guard Post Manning Checklist, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

**USAREUR Contract Guard Quality Assurance**
**Guard Post Manning Checklist**

**Installation Name:**______________________________ **DTG:** ______________

**POC Name and phone:**______________________________

| Yes | No | N/A | Guard Post Number ____________ Number Of Guards On Duty At Post ____________ |
|---|---|---|---|
| | | | 1. Does each guard appear to be in proper summer/winter uniform? |
| | | | 2. Is each uniform clean and in good appearance? |
| | | | 3. Does each guard/handler have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is each guard equipped with a handgun and ammunition? |
| | | | 6. Explain any no and document any other observation: |
| | | | |
| | | | |
| **Yes** | **No** | **N/A** | **Guard Post Number ____________ Number Of Guards On Duty At Post ____________** |
| | | | 1. Does each guard appear to be in proper summer/winter uniform? |
| | | | 2. Is each uniform clean and in good appearance? |
| | | | 3. Does each guard/handler have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is each guard equipped with a handgun and ammunition? |
| | | | 6. Explain any no and document any other observation: |
| | | | |
| | | | |
| **Yes** | **No** | **N/A** | **Guard Post Number ____________ Number Of Guards On Duty At Post ____________** |
| | | | 1. Does each guard appear to be in proper summer/winter uniform? |
| | | | 2. Is each uniform clean and in good appearance? |
| | | | 3. Does each guard/handler have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is each guard equipped with a handgun and ammunition? |
| | | | 6. Explain any no and document any other observation: |
| | | | |
| | | | |
| **Yes** | **No** | **N/A** | **Guard Post Number ____________ Number Of Guards On Duty At Post ____________** |
| | | | 1. Does each guard appear to be in proper summer/winter uniform? |
| | | | 2. Is each uniform clean and in good appearance? |
| | | | 3. Does each guard/handler have a badge that contains their name, personal picture, contractor's name and is laminated? |
| | | | 4. Is the badge worn on the outer most garment in full view? |
| | | | 5. Is each guard equipped with a handgun and ammunition? |
| | | | 6. Explain any no and document any other observation: |
| | | | |
| | | | |

Appendix A-3, TE A-3, Monthly Contractor Performance Evaluation Letter, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

Letterhead
(as appropriate)

(office symbol)

MEMORANDUM FOR (Name and address of KO)

SUBJECT: Monthly Contractor Performance Evaluation, Contract # ____________.

1. Reference: Quality Assurance Surveillance Plan (QASP) for guard services at (as appropriate).

2. The required surveillance for subject contract for the period of ____________ was accomplished in accordance with the QASP. Contractor performance was found to be:

( ) Satisfactory. Copies of surveillance activity checklists are on file.

( ) Unsatisfactory. Copies of surveillance activity checklists and contract discrepancy reports are on file.

3. Use this paragraph for additional remarks/comments, as appropriate.

4. Point of contact this office is ____________,
DSN: ____________, Comm: ____________,
Email: ____________.

Encls
as

____________
(SCOR Signature)

CF: USAREUR COR

Appendix A-4, TE A-4, Notification of Deficiencies Letter, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

Letterhead
(as appropriate)

(office symbol)

MEMORANDUM FOR (Name and address of Contractor's Representative)

SUBJECT: Notification of Deficiencies, Contract # ______________________.

1. Reference:

a. Quality Assurance Surveillance Plan (QASP) for guard services at (as appropriate).

b. Guard QASP Checklist / Guard Post Manning Checklist / Training Evaluation Record (as appropriate).

2. The required surveillance for subject contract for the period was accomplished in accordance with the QASP. A contractor performance deficiency was identified during the surveillance and is documented IAW Reference 1.b., attached as enclosure, hereto.

3. Request that a written report of corrective action planned or taken on the deficiencies noted be provided this office within five working days of receipt of this notification.

4. Use this paragraph for additional remarks/comments, as appropriate.

5. Point of contact this office is ______________________________,
DSN: ______________________, Comm: ______________________,
Email: ______________________________.

Encls
as

______________________
(SCOR Signature)

CF: (as appropriate)

Appendix A-5, TE A-5, Invoice Certification Letter, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

Letterhead
(as appropriate)

(office symbol)

MEMORANDUM FOR (Name and address of COR)

SUBJECT: Invoice Certification, Contract # ______________________________.

1. Reference: Quality Assurance Surveillance Plan (QASP) for guard services at (as appropriate).

2. The required surveillance for subject contract for the invoice period (insert invoice dates) was accomplished in accordance with the QASP. Summary of hours of service required based on the current delivery order and hours of service provided during the above period is enclosed.

3. Use this paragraph for additional remarks/comments, as appropriate.

4. Point of contact this office is ________________________________________,
DSN: ______________________________, Comm:______________________________,
Email: ________________________________________________.

Encl
as

______________________________
(SCOR Signature)

CF: (as appropriate)

Appendix A-6, TE A-6, Contract Guard Invoice Hours Certification Report, to Annex A, Contract Security Guard Quality Assurance Surveillance Plan, to HQ, USAREUR, Contract Guard Quality Assurance Standing Operating Procedures (SOP)

# CONTRACT GUARD INVOICE HOURS CERTIFICATION REPORT

**Site:**________________________________________

**Reporting Period:** ______________________________

**Contract #:** ______________________________

**Invoice No.**______________________________

| Posts | Hours Required by Delivery Order | Invoice (Worked) Hours | SCOR Certified Hours | Difference |
|---|---|---|---|---|
| | | | | |
| Stationary Guard CLIN # | | | | |
| Guard Supervisor CLIN # | | | | |
| DODD Guard CLIN # | | | | |
| EDD Team CLIN # | | | | |
| Patrol Dog Team CLIN # | | | | |
| IDS Monitor CLIN # | | | | |
| Motor Patrol CLIN # | | | | |
| Pass/Cont Desk Clerk CLIN # | | | | |
| LVIS CLIN # | | | | |
| LVIS (Alternate Location) CLIN # | | | | |

(Name)________________________
Site Manager
(Name) Security Service

(Name)________________________
SCOR
(         ) ASG SCOR, PMO, USAREUR

NOTE:________________________________________

# ATTACHMENT 2

**DEPARTMENT OF THE ARMY**
U.S. ARMY CONTRACTING AGENCY
WIESBADEN CONTRACTING CENTER
Konrad Adenauer Ring 39
65187 Wiesbaden
Germany

SFCA-EC-C-A 16 March 2007

SECURITAS GmbH Werkschutz
ATTN: Mr. Marco Warnhoff
Ernst-Sachs-Str. 58
97424 Schweinfurt

REGISTERED MAIL RETURN RECEIPT

SUBJECT: Contract DABN01-03-D-0029, Contracting Officer Final Decision regarding Over-billing

Dear Mr. Warnhoff:

This is the Contracting Officer's Final Decision regarding the over-billing of € 2,349,576.00 under this contract during the period from October 2004 through August 2005 that Securitas GmbH Werkschutz reported to the US Government at a meeting on 29 October 2006.

FINDING OF FACT

1. A fixed-price service contract was awarded on 31 July 2003, for contract security guard services, for a base year, four option years and two potential award terms (years). The contract work consists of providing security guard personnel to conduct static installation access control, roving security patrols, explosive detection and patrol dog teams on US Government installations in Germany. Currently, the contract is in its third option year with an estimated total amount of €135,572,136.43 to date, under the contract.

2. On 19 October 2006, Securitas GmbH Werkschutz made a presentation to US Government personnel with supporting documentation and spreadsheets showing over-billings during the period from October 2004 to August 2005.

3. By letter dated 23 January 2007, I requested payment in the amount of € 2,349,576.00 no later than 15 February 2007 for the overpayment identified by Securitas GmbH Werkschutz in the above mentioned presentation. To date, Securitas GmbH Werkschutz has not repaid any of the requested amount nor indicated any willingness to do so.

DECISION

Based on the above, I determine that the US Government overpaid Securitas GmbH Werkschutz for services rendered under the subject contract in the amount of, at least, € 2,349,576.00 for task orders issued from October 2004 to August 2005, and I demand that that amount be paid immediately in the form of a check to the US Treasury be forwarded to the following address:

Wiesbaden Contracting Center
ATTN: SFCA-EC-C-A (Mr. Carl Odom)
Konrad-Adenauer-Ring 39
65187 Wiesbaden

You are notified that any amount not paid within thirty (30) days from the date of this decision will bear interest, at the rate established by the US Secretary of the Treasury, for the period effected, under Public Law 92-41. In addition, I will seek to collect such amount by offset against any amounts owed to Securitas GmbH Werkschutz under this or other US Government contracts. It should be noted that reimbursement of the amount of € 2,349,576.00 by Securitas GmbH Werkschutz does not constitute a final settlement or preclude further payment(s) and/or penalties which may result from additional audit/investigation.

You may submit a proposal of deferment of collection if immediate payment is not practicable or the amount is disputed.

This is the final decision of the Contracting Officer. You may appeal this decision to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, Falls Church, Virginia 22041-3208. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract number. With regard to appeals to the agency board of contracts appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000.000 or less or its accelerated procedure for claims of $100,000.00 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United Stated Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

Carl M. Odom

CARL M. ODOM
Contracting Officer