ORIGINAL

RECEIVED
APR 25 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
SECURITAS GmbH Werkschutz, Am Stichlein 9, 97424 Schweinfurt, Germany

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-255 C

Name of the attorney of record (See RCFC 83.1(c)): Cyrus Eastman Phillips, IV
Firm Name: Attorney-at-Law
Post Office Box:
Street Address: 1828 L Street, N.W., Suite 660
City-State-Zip: Washington, D.C. 20036-5112
Telephone & Facsimile Numbers: (202) 466-7008; (202) 466-7009

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D
See attached sheet for three-digit codes.

Amount Claimed: $2,349,576 Euros
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.