FILED
APR 2 5 2007
U.S. COURT OF
FEDERAL CLAIMS

ORIGINAL

# In the United States Court of Federal Claims

SECURITAS GmbH WERKSCHUTZ
Am Stichlein 9
97424 Schweinfurt
Germany

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07- C 07-255 C
Judge

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff, SECURITAS GmbH Werkschutz (SECURITAS), hereby discloses that it is a Gesellschaft mit beschränkter Haftung (GmbH), a company with limited liability that is registered in the German Commercial Register (Handelsregister).

SECURITAS is a wholly-owned subsidiary of SECURITAS Sicherheitdienste Deutschland Holding GmbH & Co. KG, Salzufer 22, 10587 Berlin, Germany

(German Holding). The German Holding (Kommanditgesellschaft) is a limited partnership.

The German Holding is itself a wholly-owned subsidiary of Securitas AB (publ), Lindhagensplan 70, SE-102 28, Stockholm, Sweden (Securitas). Securitas is a Swedish public company (Aktiebolag) with its registered head office in Sweden. Shares in Securitas have been traded on the Stockholm Stock Exchange since 1991. Shares in Securitas began trading over-the-counter in the United States in 2007 under the symbol "SCTBF."

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

April 25th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
SECURITAS GmbH Werkschutz.