# In the United States Court of Federal Claims

No. 07-255C
(Filed: May 11, 2007)

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 2, 2007, plaintiff filed its Motion to Consolidate, seeking to consolidate the case sub judice with Securitas GmbH Werkschutz v. United States, 07-256C, and Securitas GmbH Werkschutz v. United States, 07-257C. The three cases involve the same plaintiff and appear to involve a similar factual background, including the same contract, but appear to involve different legal issues. The court believes a status conference with the parties is necessary before ruling on plaintiff's motion.

**Accordingly, once defendant enters a notice of appearance, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a status conference to discuss further proceedings in the three cases.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge