IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-255C<br>(Judge Sweeney) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Armando Rodriguez-Feo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390

Attention: Classification Unit
8th Floor

/s/ Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-3390
Facsimile: (202) 514-8624

Dated: May 17th, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 17th day of May, 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ Armando Rodriguez-Feo