# In the United States Court of Federal Claims

No. 07-255C
(Filed: May 17, 2007)

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 2, 2007, plaintiff filed its Motion to Consolidate, seeking to consolidate the case sub judice with Securitas GmbH Werkschutz v. United States, 07-256C, and Securitas GmbH Werkschutz v. United States, 07-257C. **A status conference will be held on Tuesday, May 29, 2007, at 11:00 a.m.**, to discuss plaintiff's motion. The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge