# In the United States Court of Federal Claims

No. 07-255C
(Filed: May 29, 2007)

| | |
|---|---|
| *********************************** | |
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On May 29, 2007, the court held a status conference on plaintiff's Motion to Consolidate, which seeks to consolidate the case sub judice with Securitas GmbH Werkschutz v. United States, 07-256C, and Securitas GmbH Werkschutz v. United States, 07-257C. The parties agree that should the cases proceed to trial, a single hearing date would be most efficient because the cases involve the same government contract and will likely involve many of the same witnesses. Each case, however, involves a different legal issue. Accordingly, the court instructed defendant to file an answer in each of the above cases. Once an answer is filed in each case, the court will grant plaintiff's motion to consolidate to allow the cases to proceed uniformly.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge