IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-255 C<br>Case No. 07-256 C<br>Case No. 07-257 C<br>(Judge Sweeney) |

**PLAINTIFFS' MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD**

Pursuant to RCFC Rule 83.1 (c)(4), Plaintiff SECURITAS GmbH WERKSCHUTZ ("Securitas") respectfully moves for leave of Court to substitute John J. Pavlick, Jr., a member of the bar of this Court, as their attorney of record. An affidavit of appointment is attached. By his signature below, Cyrus Phillips, IV, the previous attorney of record for Securitas, indicates his consent to the substitution.

DATED: October 4, 2007

Respectfully Submitted,

John J. Pavlick, Jr.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
202.344.4894
202.344.8300 (fax)

DATED: October ___, 2007

Cyrus E. Phillips, IV
1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
202.466.7008
202.466.7009 (fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-255 C<br>Case No. 07-256 C<br>Case No. 07-257 C<br>(Judge Sweeney) |

**AFFIDAVIT OF APPOINTMENT**

I, John J. Pavlick, Jr., state as follows:

1. I was admitted to the bar of the Court of Federal Claims on January 25, 1990.

2. I have been retained by plaintiff SECURITAS GmbH WERKSCHUTZ to represent them as attorney of record in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2007.

John J. Pavlick, Jr.

~~STATE OF~~ Washington
District ~~COUNTY OF~~ of Columbia ) SS:

On this 4th day of October, 2007, before me a Notary Public, personally appeared John J. Pavlick, Jr., known to me (or satisfactorily proven) to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free and voluntary act and deed and for the purpose therein contained.

Given under my hand and seal this 4th day of October, 2007.

Suzanne C. Hicks
Notary Public

My Commission Expires: Jan. 1, 2010

SUZANNE C. HICKS
NOTARY PUBLIC
DISTRICT OF COLUMBIA