# In the United States Court of Federal Claims

No. 07-255 C
(Filed: December 19, 2007)

| | |
|---|---|
| *********************************** | |
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

A motion to consolidate the case sub judice with Securitas GmbH Werkschutz v. United States, 07-256C, and Securitas GmbH Werkschutz v. United States, 07-257C, is pending before the court. This motion was filed before a change of plaintiff's counsel was effected. Currently, plaintiff's response to defendant's counterclaims is due by February 15, 2008 in these three cases. The court is aware that a preliminary joint status report ("JPSR") has yet to be filed. The JPSR requires the parties to address whether the case should be consolidated. Due to the appointment of new counsel, if plaintiff's counsel opposes the motion to consolidate filed by his predecessor, then plaintiff should make its revised position known in the JPSR. Therefore, the court will not render a ruling as to consolidation until after the JPSR is filed.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge