# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(Filed: April 14, 2008)

***********************************
SECURITAS GmbH WERKSCHUTZ, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties filed the Joint Preliminary Status Report on April 11, 2008. **By no later than Friday, April 18, 2008**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge