# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(Filed: April 15, 2008)

***********************************
SECURITAS GmbH WERKSCHUTZ, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties filed the Joint Preliminary Status Report on April 11, 2008. **A preliminary scheduling conference will be held on Friday, May 2, 2008, at 2:00 p.m. Eastern Daylight Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, one business day before the conference to confirm the telephone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge