# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(CONSOLIDATED)

(Filed: May 2, 2008)

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Before the court is plaintiff's motion to consolidate case number 07-255 C with Securitas GmbH Werkschutz v. United States, No. 07-256 C, and Securitas GmbH Werkschutz v. United States, No. 07-257 C. In its Order dated December 19, 2007, the court indicated that it would defer ruling upon plaintiff's motion until after the parties filed their joint preliminary status report ("JPSR"). The parties filed their JPSR on April 11, 2008, and the court conducted a preliminary scheduling conference with the parties on May 2, 2008. In their JPSR, the parties proposed that the complaints and counterclaims in cases numbered 07-255 C, 07-256 C, and 07-257 C be consolidated pursuant to RCFC 42. The parties indicated their agreement that defendant's counterclaim invoking the special plea in fraud, pursuant to 28 U.S.C. § 2514 (2000), will apply only to the claims contained in case number 07-255 C. Additionally, the parties represented that, upon consolidation, plaintiff will dismiss the portion of the case relating to its allegations contained in the complaint in case number 07-256 C. **Accordingly, plaintiff's motion is GRANTED. The court directs the Clerk of the Court to consolidate this case with Securitas GmbH Werkschutz, No. 07-256 C, and Securitas GmbH Werkschutz, No. 07-257 C. All future filings shall be made in this case, as captioned above.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge