# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(CONSOLIDATED)

(Filed: May 2, 2008)

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 2, 2008, the court conducted a preliminary scheduling conference with the parties. Defendant indicated that it intends to file a dispositive motion. **Accordingly, defendant shall file its motion by no later than Friday, August 15, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge