# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(CONSOLIDATED)

(Filed: May 2, 2008)

```
************************************
SECURITAS GmbH WERKSCHUTZ,         *
                                   *
               Plaintiff,          *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
               Defendant.          *
************************************
```

**ORDER**

The court's review of the pleadings filed to date revealed a discrepancy between the Complaint and the Joint Preliminary Status Report ("JPSR"). Specifically, the Complaint asserts that the contracting officer wrongfully recouped €2,349,576, Compl. ¶¶ 9-10, whereas plaintiff, in the JPSR, framed the first issue before the court as whether the contracting officer wrongfully recouped $2,349,576, J. Prelim. Status Report 2. Because the numerical amounts are identical but the damages claims are noted in different currencies, the court directs plaintiff to clarify this discrepancy at the time it moves to dismiss the portion of the case relating to its allegations contained in the complaint in case number 07-256 C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge