**52.212-4 Contract Terms and Conditions-Commercial Items.**

As prescribed in 12.301(b)(3), insert the following clause:

Contract Terms and Conditions-Commercial Items (Feb 2002)

(a) *Inspection/Acceptance*. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights-

(1) Within a reasonable time after the defect was discovered or should have been discovered; and

(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) *Assignment*. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (*e.g.*, use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes*. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes*. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions*. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) *Excusable delays*. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall

remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.
(g) *Invoice.*
(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, contract line item number and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;
(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment offered;
(vii) Name and address of official to whom payment is to be sent;
(viii) Name, title, and phone number of person to notify in event of defective invoice; and
(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.
(x) Electronic funds transfer (EFT) banking information.
(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.
(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.*, 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer-Other Than Central Contractor Registration), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.
(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.
(h) *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payment*. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and OMB prompt payment regulations at 5 CFR part 1315. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) *Risk of loss*. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) *Taxes*. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) *Termination for the Government's convenience*. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) *Termination for cause*. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title*. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.
(o) *Warranty*. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.
(p) *Limitation of liability*. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.
(q) *Other compliances*. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.
(r) *Compliance with laws unique to Government contracts*. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, *et seq*., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.
(s) *Order of precedence*. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:
(1) The schedule of supplies/services.
(2) The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.
(3) The clause at 52.212-5.
(4) Addenda to this solicitation or contract, including any license agreements for computer software.
(5) Solicitation provisions if this is a solicitation.
(6) Other paragraphs of this clause.
(7) The Standard Form 1449.
(8) Other documents, exhibits, and attachments.
(9) The specification.

(End of clause)

## ADDENDUM TO FAR 52.212-4
## CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS

The following shall apply to this contract in addition to those terms and conditions in FAR 52.212-4. The specific paragraphs of FAR 52.212-4 affected are shown below.

**Para (a) Inspection and Acceptance.** The following is added:

Any Inspection by the Government which is required under this contract shall be performed by the COR (Contracting Officer's Representative) or other representatives designated in the PWS. The COR shall certify acceptance of services performed on contractor's invoices.

**Para (e) Definitions.** The following is added.

CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) DEFINITION. "Contracting Officer's Representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the Contracting Officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a Contracting Officer's Representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the Contracting Officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.(DFARS 252.201-7000)

**Para (k) Taxes.** The terms and conditions under this paragraph is hereby deleted and replaced by the following:

TAX RELIEF (JUN 1997), (DFARS 252.229-7001 ALT 1)

a. Price set forth in this contract are exclusive of all taxes and duties from which the United States is exempt by virtue of tax agreements between the United States Government and the Contractor's Government. The following taxes or duties have been excluded from the contract price: (Offeror to insert)

NAME OF TAX ______________________ RATE (PERCENTAGE _________%

b. The contractor's invoice shall list separately the gross price, amount of tax deducted, and net price charged.

c. When items manufactured to United States Government specifications are being acquired, the Contractor shall identify the materials of components intended to be imported in order to ensure that relief from import duties is obtained. If the Contractor intends to use imported products from inventories on hand, the price of which includes a factor for import duties, the Contractor shall ensure the United States Government's exemption from these taxes. The Contractor may obtain a refund of the import duties from its Government or request the duty-free import of an amount of supplies or components corresponding to that use from inventory for this contract.

d. Tax Relief will be claimed in Germany pursuant to the provisions of the Agreement between the United States of America and Germany Concerning Tax Relief to be Accorded by Germany to United States Expenditures in the interest of Common Defense. The Contractor shall use Abwicklungsschein fuer abgabenbeguenstigte Lieferungen/Leistungen nach dem Offshore Steuerabkommen (Performance Certificate according to the Offshore Tax Relief Agreement) or other documentary evidence acceptable to the German authorities. All purchases made and paid for on a tax-free basis during a 30-day period may be accumulated, totaled and reported as tax-free.

**Para (p) Limitation of Liability.** The following clause is hereby added:

LIABILITY: For the purpose of this contract, the Contractor is considered as an independent contractor and not as an agent of the U.S. Government. During performance the Contractor shall be liable and will indemnify and hold harmless the Government, its agents and employees against all actions or claims for all damages to persons or property, including death arising or resulting from fault, negligence, wrongful act, or wrongful omission of the Contractor, his agents or employees.

**Para (q) Other Compliance..** The following clauses are added:

1. POST AWARD CONFERENCE (DEC1991). The Contractor agrees to attend any post award conference convened by the contracting activity or contract administration office in accordance with Federal Regulations Subpart 42.5.

2. ENGLISH LANGUAGE DOCUMENTATION-. All contractor-prepared correspondence furnished under this contract shall be written in the English language.

3. AUDIT BY THE GERMAN PRICE CONTROL OFFICE:

a. This contract is subject to the German pricing regulation regarding public contracts (Verordnung PR No. 301 53 or PR No. I/ 72 (1/ 84)). With respect to any German contract or any non-German contractor having its domicile in Germany, this regulation authorizes the German Price Control Office to audit the prices offered by the contractor for this contract as well as the contractor's compliance with the other provisions of the regulation.

b. The regulation requires the contractor to provide on request documentation regarding the basis for its prices and other aspects of its compliance with the regulation to the German Price Control Office.

c. Failure by the contractor to comply with the requirements of this regulation is punishable under the provisions of the Commercial Penal Code (Wirtschaftsstrafgesetz).

4. ENTRY INTO MILITARY PREMISES

In accordance with security regulations, authorizations may be required for contractor personnel and/or vehicles to enter U.S. Government installations. The Contractor shall contact the COR no less than 5 working days prior to contract performance and/or in advance of the scheduled delivery date, to determine if there are any special requirements for entry into specific installations.

5. UNAUTHORIZED SERVICES

The Contractor shall not undertake any action that will increase the price of the contract without the written approval of the Contracting Officer. Any such unauthorized action taken by the Contractor or any contractor employee, which might be construed to be approved by the U.S. Government, shall be the responsibility of the Contractor and shall be resolved by the Contractor at no expense to the Government. Third party claims resulting from such unauthorized actions shall also be resolved by the Contractor without expense to the US Government.

6. FORMER USAREUR CIVILIAN SECURITY GUARDS (CSG)

The employees referenced in Contract Attachment C are all currently employed in the 26th ASG. They are former USAREUR civilian security guard employees who were transferred in 1997 from US Government employment to become contractor employees. They shall remain employed according to the terms and conditions of their original employment and must be employed by the successful offeror in the 26th ASG unless the employee chooses not to work. Except for training requirements, none of the contract requirements relevant to personnel qualifications apply to these employees. The data in Attachment C are only approximate because many of the allowances and benefits are based on actual work performed. .

7. PAYMENT AND INVOICING PROCEDURES:

The following procedure for payment and invoicing is added.

a. Invoices shall be prepared and submitted monthly for the previous month's services. One consolidated invoice shall be prepared for all services performed under the contract. Any prompt payment discount offered must appear on the invoice. The Government may accept or reject any offered discount. Prepare and submit 3 copies (including original) numbered consecutively as "1st Partial" for the initial invoice, "2nd Partial" for 2nd invoice, etc. and "3rd Final" (if 3rd invoice is the last invoice). Invoices shall be first submitted to the COR (Contracting Officer's Representative) for certification of acceptance of services rendered.

b. Upon receipt, the COR shall examine the invoice for correctness. He shall return defective invoice to the Contractor. If there is any defect in the invoice or problem in the services rendered which cannot be resolved with the Contractor, the COR shall forward the invoice with an explanation of the problem for the Contracting Officer's action and decision.

c. After certification, the COR shall forward the invoice to the Finance Office for payment (address in Block 18a of SF 1449), and provide the Contract Administration Office (address in Block 16 of SF 1449) a copy thereof.

8. INVOICES EXCLUSIVE OF TAXES OR DUTIES. (JUN 1984-E)

Invoices submitted in accordance with the terms and conditions of this contract shall be exclusive of all taxes or duties for which relief is available. (DFARS 252.229-7000)

9. INCONSISTENCY WITH ENGLISH VERSION AND TRANSLATION

In the event of inconsistency between any terms of this contract and any translation thereof into another language, the English language meaning shall control.

10. Reserved

11. PAST PERFORMANCE.

Upon completion of contract performance and/or final delivery of supplies, the Contracting Officer will evaluate contractor performance for use in future contract award decisions. The Contractor shall be provided an opportunity to comment on the contracting officer's evaluation.

12. AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond 30 September 2003. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond 30 September 2003, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

13. PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, & VEGETATION (APR 1984).

The Contractor shall use reasonable care to avoid damaging existing buildings, equipment, and vegetation on the Government installation. If the Contractor's failure to use reasonable care causes damage to any of this property, the Contractor shall replace or repair the damage at no expense to the Government as the Contracting Officer directs. If the Contractor fails or refuses to make such repair or replacement, the Contractor shall be liable for the cost, which may be deducted from the contract price.

14. PRIVACY ACT NOTIFICATION (APR 1984).

The Contractor will be required to operate a system of records on individuals to accomplish an agency function subject to the Privacy Act of 1974, Public Law 93-579, December 31, 1974 (5 U.S.C.552a) and applicable agency regulations. Violation of the Act may involve the imposition of criminal penalties.
(End of clause)

FAR/DFARS/LOCAL CLAUSES IN ACCORDANCE WITH FAR 12.303 THE FOLLOWING FAR/DFARS/LOCAL CLAUSES ARE HEREBY ADDED:

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.arnet.gov/far/
(End of clause)

52.216-18 ORDERING (Oct 1995)
(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued at any time during the contracts's effective period.
(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.
(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.
(End of Clause)

52.216-19 ORDER LIMITATIONS (Oct 1995)
(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 4 hours, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.
(b) Maximum order. The Contractor is not obligated to honor --
(1) Any order for a single item in excess of 10 million hours;
(2) Any order for a combination of items in excess the maximum under the contract]; or
(3) A series of orders from the same ordering office within 30 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.
(c) Notwithstanding paragraphs (a) and (b) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to accept the order and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.
(d) Notwithstanding paragraphs (a) (b) and (c) of this section, the ordering office, by its own discretion or upon written request from the contractor within 10 days after issuance of the order, may include a mobilization period of 30 to 90 calendar days prior to performance. The government shall notify the contractor at least 60 calendar days prior to the start of contract year, of its intent to place orders beginning at the start of the contract year.
(End of Clause)

52.216-21 REQUIREMENTS (OCT 1995)
a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.
(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in

accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.
(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.
(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.
(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.
(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract 90 days after the end of the last contract year plus and authorized extension.
(End of Clause)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor anytime during the contract term.

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor at least 30 days before expiration of the effective period of the contract provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 90 months.
(End of clause)

52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond 30 Sep 03 . The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond 30 Sep 03, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer..
(End of Clause)

DFARS 252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.
(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting

officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.
(End of Clause)

DFARS 252.203-7001 PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999)

(a) Definitions. As used in this clause—
(1) "Arising out of a contract with the DoD" means any act in connection with—
(i) Attempting to obtain;
(ii) Obtaining, or
(iii) Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).
(2) "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of *nolo contendere*, for which sentence has been imposed.
(3) "Date of conviction" means the date judgment was entered against the individual.
(b) Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving--
(1) In a management or supervisory capacity on any DoD contract or first-tier subcontract;
(2) On the board of directors of any DoD contractor or first-tier subcontractor;
(3) As a consultant, agent, or representative for any DoD contractor or first-tier subcontractor; or
(4) In any other capacity with the authority to influence, advise, or control the decisions of any DoD contractor or subcontractor with regard to any DoD contract or first-tier subcontract.
(c) Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.
(d) 10 U.S.C. 2408 provides that a defense contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly—
(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or
(2) Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.
(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as—
(1) Suspension or debarment;
(2) Cancellation of the contract at no cost to the Government; or
(3) Termination of the contract for default.
(f) The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify—
(1) The person involved;
(2) The nature of the conviction and resultant sentence or punishment imposed;
(3) The reasons for the requested waiver; and
(4) An explanation of why a waiver is in the interest of national security.
(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.
(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.
(End of clause)

DFARS 252.222-7002 COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) (JUN 1997)

(a) The Contractor shall comply with all—
(1) Local laws, regulations, and labor union agreements governing work hours; and

(2) Labor regulations including collective bargaining agreements, workers' compensation, working conditions, fringe benefits, and labor standards or labor contract matters.
(b) The Contractor indemnifies and holds harmless the United States Government from all claims arising out of the requirements of this clause. This indemnity includes the Contractor's obligation to handle and settle, without cost to the United States Government, any claims or litigation concerning allegations that the Contractor or the United States Government, or both, have not fully complied with local labor laws or regulations relating to the performance of work required by this contract.
(c) Notwithstanding paragraph (b) of this clause, consistent with paragraphs 31.205-15(a) and 31.205-47(d) of the Federal Acquisition Regulation, the Contractor will be reimbursed for the costs of all fines, penalties, and reasonable litigation expenses incurred as a result of compliance with specific contract terms and conditions or written instructions from the Contracting officer.
(End of Clause)

DFARS 252.225-7043 ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (JUN 1998)

(a) Except as provided in paragraph (b) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(b) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(c) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from AR 190-13, 30 September 1993, The Army Physical Security Program.
(End of Clause)

DFARS 252.232-7008 ASSIGNMENT OF CLAIMS (OVERSEAS) (JUN 1997)

(a) No claims for monies due, or to become due, shall be assigned by the Contractor unless --

(1) Approved in writing by the Contracting Officer;

(2) Made in accordance with the laws and regulations of the United States of America; and

(3) Permitted by the laws and regulations of the Contractor's country.

(b) In no event shall copies of this contract or of any plans, specifications, or other similar documents relating to work under this contract, if marked "Top Secret," "Secret," or "Confidential" be furnished to any

assignee of any claim arising under this contract or to any other person not entitled to receive such documents. However, a copy of any part or all of this contract so marked may be furnished, or any information contained herein may be disclosed, to such assignee upon the Contracting Officer's prior written authorization.

(c) Any assignment under this contract shall cover all amounts payable under this contract and not already paid, and shall not be made to more than one party, except that any such assignment may be made to one party as agent or trustee for two or more parties participating in such financing. On each invoice or voucher submitted for payment under this contract to which any assignment applies, and for which direct payment thereof is to be made to an assignee, the Contractor shall --

(1) Identify the assignee by name and complete address; and

(2) Acknowledge the validity of the assignment and the right of the named assignee to receive payment in the amount invoiced or vouchered.

(End of Clause)

DFARS 252.233-7001 CHOICE OF LAW (OVERSEAS) (JUNE 1997)

This contract shall be construed and interpreted in accordance with the substantive laws of the United States of America. By the execution of this contract, the Contractor expressly agrees to waive any rights to invoke the jurisdiction of local national courts where this contract is performed and agrees to accept the exclusive jurisdiction of the United States Armed Services Board of Contract Appeals and the United States Court of Federal Claims for hearing and determination of any and all disputes that may arise under the Disputes clause of this contract.
(End of Clause)

DFARS 252.243-7002 REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

------------------------------------------------------------------

(Official's Name)

------------------------------------------------------------------

(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including--

(1) Cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to----

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.
(End of Clause)

CCE-204-4000 POSTAWARD CONFERENCE

As provided for at DFARS Clause 52.242-7000 POSTAWARD CONFERENCE, the Government will schedule a postaward conference after contract award but prior to commencement of work on site or performance of services. Upon award of contract, the Contractor will be advised of date, time, address, and place for the conference. Contractor shall attend this conference.

CCE-204-4002 INSTALLATION SECURITY CLEARANCES AND ENTRY PASSES

1. The Contractor is placed on notice that access to the work site and U. S. military controlled areas is restricted to persons meeting minimum security standards. This requirement applied to present and future employees performing work under this contract on U. S. facilities or in U. S.-controlled areas. Failure to submit required information, obtain required documentation, or obtain necessary clearances will result in the exclusion of employees from the work sites or U. S.-controlled areas until appropriate clearance and documentation is obtained. The contractor will inform employees of the requirement.

2. The Contractor will furnish the Contracting Officer or his or her representative within 5 days after contract award:
a. A written list of personnel, including subcontractor personnel, designated for work under this contract. This list will include:
(1) name and address;
(2) location and date of birth;
(3) identification and document number;
(4) nationality.

b. A written list of private and commercial vehicles, including those of subcontractors, that will be used during contract performance. This list will include:
(1) make of vehicle;
(2) model and year of manufacture;
(3) vehicle identification number;
(4) license plate number;
(5) name and driver's license of each vehicle operator.

c. AE Form 604-1B-R (Personnel Data Request Worksheet) in triplicate completed according to USAREUR Regulation 604-1.

d. Other information as specified by the Contracting Officer.

*3. The Contractor will obtain entry passes from the Contracting Officer or COR for each employee identified above before starting work. On completion of the contract work and acceptance by the U. S. Government, the Contractor will return entry passes to the Contracting Officer or COR.*

4. The Contractor will inform personnel that they are subject to search when entering or leaving the U. S. installation.

CCE-209-4000 PAST PERFORMANCE INFORMATION REQUIREMENT

Upon completion of contract performance and/or final delivery of supplies, the contracting officer will evaluate contractor performance for use in future contract award decisions. The contractor shall be provided an opportunity to comment on the contracting officer's decision.
(USAREUR Acquisition Instruction, subpart 42.15)

CCE-225-4000 AUTHORIZATION TO PERFORM SERVICES IN GERMANY

(Ref: DFARS 252.225-7042 – Authorization to Perform and 252.222-7002-Compliance with Local Labor Laws-Overseas)

Contractors performing services in the Federal Republic of Germany (FRG) shall comply with German law. The Contractor shall determine whether performance requires registration with German authorities or authorization to do business in Germany and, if so, shall comply with all requirements. Whether or not registration or authorization to do business is required, the Contractor also shall determine what documents or authorization its employees and any subcontractor employees must possess to work in Germany. The Contractor shall ensure affirmatively that its employees and subcontractor employees possess such documents or authorizations.

Contractor employees who:

are not nationals of Germany or other European Union countries, and
are not members of the force, the civilian component or their dependents, and
do not have assimilated status under Articles 71, 72, or 73 of the Supplementary Agreement to the NATO SOFA
shall possess work and residence permits.

By acceptance of and performance under this contract and any task orders or delivery orders issued hereunder, the Contractor affirms that it has complied with the requirements in paragraph (a) above.

Compliance with this clause and German law is a material contract requirement. Noncompliance by the Contractor or Subcontractor at any tier shall be grounds for issuing a negative past performance evaluation and terminating this contract, task order, or delivery order for default.

2 CCE-225-4001 (Revised 11 Dec 02) INSTALLATION ACCESS CONTROL

NOTE: This clause addresses requirements for contractors in Germany. These requirements may be modified according to host nation laws in other countries where U.S. installations and controlled areas are located, but the requirements must meet or exceed the standards and intent of this clause.

(a) Access to U.S. installations and controlled areas is limited to personnel who meet security criteria and are authorized by German law to work in Germany. Failure to submit required information/data and obtain required documentation or clearances in accordance with AE Regulation 190-16, Installation Access Control, will be grounds for denying access to U.S. installations and controlled areas. The Contractor is responsible to ensure that any Subcontractor used in performance of this contract complies with these requirements and that all employees, of both the Contractor and any Subcontractor utilized by the contractor, are made aware of and comply with these requirements.

(b) The Contractor is responsible for being aware of and complying with the requirements associated with Installation Access Control. The Government is not liable for any costs associated with performance delays due solely to a firm's failure to comply with Installation Access Control (IAC) processing requirements.

(c) The Contractor is responsible for returning installation passes to the issuing Installation Access Control Office (IACO) when the contract is completed or when a contractor employee no longer requires access.

(d) AE 190-16 (and AE 190-16-G German translation) can be found on the following website:
http://www.hq.usacce.army.mil/

(e) The information below for the responsible Organizational Sponsor & Installation Access Control Office for this contract will provided at the pre-performance conference:

Organizational Sponsor: _OPM, HQ, USAREUR_____________________

Location: _Mannheim___________________Building No: __Office of the Provost Marshall__

DSN Phone No: _381-8657___________ Commercial Phone No: _0621-730-8657__

Installation Access Control Office:

Location: __Mannheim _____________Building No: ___Office of the Provost Marshall ___

DSN Phone No: _381-8657_______ Commercial Phone No: _0621-730-8657__

CCE-225-4002 CONTINUED PERFORMANCE DURING WAR OR ANY STATE OF EMERGENCY (MAR 2001)

(a) The requirements of this contract have been identified by the US Government as being essential to the mission and operational readiness of allied forces operating in Germany. The contractor may, therefore, be required to perform this contract during war or during a state of emergency, subject to the requirements and provisions listed below.

(b) The contractor shall be responsible for performing all requirements of this contract, notwithstanding the existence of any state of war (whether declared or undeclared), state of emergency, commencement of hostilities, internal strife, rioting, civil disturbance, or activities of any other type which would endanger the welfare and security of US Forces in Germany. At the discretion of the Contracting Officer, and within the scope of this contract, the contractor shall participate in any requirement relating to US preparation for any of the above incidents. The Contractor shall respond, as directed by the Contracting Officer, within contracted performance capabilities. Failure by the contractor to perform may subject the contractor to a termination of this contract for default.

(c) Continued performance during war or state of emergency may require an equitable adjustment in contract price. The contractor shall segregate and separately identify all costs of contract performance incurred during such periods. The contractor shall notify the Contracting Officer of any increase or decrease in costs within 90 days after continued performance has been directed by the Contracting Officer, or within any additional period that the Contracting Officer may approve in writing, but not later than the date of final payment under this contract. The Contractor's notice shall include the contractor's proposal for an adjustment and any data supporting the increase or decrease in the form prescribed by the Contracting Officer. As soon as practicable after receipt of the contractor's proposal, the parties shall negotiate a contract price adjustment. Failure to agree on any adjustment shall be handled as a dispute under the disputes clause.

CCE-232-4003 CONTRACTOR PAYMENT PROCEDURES (COR)

(a) The Contractor shall submit one (1) original and three (3) copies of each invoice to the COR at the following address and is authorized single payment upon submission of invoices.

(b) The COR will date and time stamp all invoices immediately upon their receipt, verify and certify that supplies or services had been provided in accordance with the terms and conditions of this contract, verify and certify correctly completed invoices and authorized payment, and forward the certified invoice to the disbursing finance office at:

(c) If invoices/payment estimates are incorrect or incomplete (for reasons other than assessment of liquidated damages) COR will identify defects in handwriting on the invoices and return them to the Contractor for correction within 3 days after receipt. However, if the invoice is incorrect due to deficiencies in performance

which can not be rectified through coordination with the contractor or subject to assessment of liquidated damages, the COR will forward the invoice together with inspection findings relative to delayed, defective, or unacceptable work or contractor performance to the Contracting Officer for action.

CCE-233-4000 INDEPENDENT PROTEST REVIEW OFFICIAL

Interested parties may file agency protests, in compliance with FAR 33.103(d), directly with the contracting officer or may request an independent review at a level above the contracting officer by the Independent Protest Review Official, U.S. Army Europe. Independent review is available as an alternative to consideration by the contracting officer of a protest or is available as an appeal of the contracting officer's decision on the protest.

Interested parties seeking review by the Independent Protest Review Official, should so state in the agency protest or appeal, and should file the protest/appeal with the contracting officer. In order to be considered, an appeal to the Independent Protest Review Official must be received by the contracting officer within 10 calendar days of the date on which the protester received the contracting officer's decision on the protest.
(USACCE 19 July 1999)

WBN-236-4001 PERMITS AND RESPONSIBILITIES

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any applicable laws, codes, and regulations applicable to the performance of the work. The Contractor shall also take proper safety and health precautions to protect the work, the workers, the public, and the property of others. The Contractor shall be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

**Para (r) Compliance with laws unique to Government Contracts.** The following is added:

**FAR 52.201-1 Definitions (Dec 2001)**
**FAR 52.203-3 Gratuities (Apr 1984) (Reference 3.202)**
**FAR 52.203-6 Restrictions on Subcontractor Sales to the Government (Jul 1995)**
**FAR 52.203-7 Anti-Kickback Procedures (Jul 1995)**
**FAR 52.216-27 Single or Multiple Awards (Oct 1995)**
**FAR 52.233-3 Protest after Award (Aug. 1996)**
**FAR 52.237-1 Site Visit (Apr 1984)**
**FAR 52.245-2 Government-Furnished Property (Short Form) (Apr 1984)**

2.1 End to Addendum FAR 52.212-4

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (APR 2001) (DEVIATION)