**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: WK4SV4-5240-N851
PAGE 1 OF 6

2. CONTRACT NO.: DABN01-03-D-0029
3. AWARD/EFFECTIVE DATE: 01-Oct-2004
4. ORDER NUMBER: 0007
5. SOLICITATION NUMBER:
6. SOLICITATION ISSUE DATE:
7. FOR SOLICITATION INFORMATION CALL: a. NAME: b. TELEPHONE NUMBER *(No Collect Calls)*
8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY CODE W912CM
WIESBADEN CONTRACTING CENTER
ATTN: SFCA-EC-C
KONRAD-ADENAUER-RING 39
D-65187, WIESBADEN
TEL:
FAX:

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30 Days

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO CODE WK4B6S
USAREUR/7A, OPM
//
ATTN: AEAPM-SO
BLDG. 351, TAYLOR BKS
HAVELLANDSTR.
D-68309 MANNHEIM

16. ADMINISTERED BY CODE W912CM
WIESBADEN CONTRACTING CENTER
ATTN: SFCA-EC-C
KONRAD-ADENAUER-RING 39
D-65187, WIESBADEN

17a. CONTRACTOR/ OFFEROR CODE DB767
SECURITAS GMBH
MR. WARNHOFF
ERNST-SACHS-STR. 56
D-97424 SCHWEINFURT
TEL. 0931-2679678
FACILITY CODE

18a. PAYMENT WILL BE MADE BY CODE HQ0429
DFAS LAWTON
DEFENSE FINANCE AND ACCOUNTING SERVICE
KLEBER KASERNE, GEB 3200 ATTN LW
MANNHEIMER STR. 218/219
D-67657 KAISERSLAUTERN

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: See Schedule
26. TOTAL AWARD AMOUNT: E U24,268,741.92

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): Kelly Stratton-Feix
31c. DATE SIGNED: 01-Oct-2004

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*
30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Stratton-Feix, Kelly / Contracting Officer
TEL: 0611-816-2217 EMAIL: StrattonK@rcc.wbn.usacce.army.mil

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER [ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE REC'D *(YY/MM/DD)*
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003 EXERCISED OPTION | GUARD SERVICES 98th ASG<br>FFP<br>Non-personal guard services for on-duty post hours in accordance with the PWS.<br>Option Year One period of performance 1 Oct 2004-28 Feb 2005.<br>PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | | | | |

ESTIMATED NET AMT E U0.00

ACRN AA Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AA EXERCISED OPTION | Stationary Guard Armed<br>FFP<br>PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 1,079,540 | Hours | E U19.64 | E U21,202,165.60 |

ESTIMATED NET AMT E U21,202,165.60

ACRN AA Funded Amount $20,556,685.67

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AC EXERCISED OPTION | Guard Supervisor Armed FFP PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 39,864 | Hours | E U19.64 | E U782,928.96 |

ESTIMATED NET AMT E U782,928.96

ACRN AA Funded Amount $759,093.43

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AD EXERCISED OPTION | School Guard Armed FFP PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 6,148 | Hours | E U19.64 | E U120,746.72 |

ESTIMATED NET AMT E U120,746.72

ACRN AA Funded Amount $117,070.70

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AF EXERCISED OPTION | EDD Team Armed FFP PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 7,744 | Hours | E U50.77 | E U393,162.92 |

ESTIMATED NET AMT E U393,162.92

ACRN AA Funded Amount $381,193.48

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AG EXERCISED OPTION | Patrol Dog Team Armed FFP PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 35,280 | Hours | E U36.36 | E U1,282,780.80 |

ESTIMATED NET AMT E U1,282,780.80

ACRN AA Funded Amount $1,243,727.75

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AJ EXERCISED OPTION | Roving Patrol Armed FFP PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | 10,872 | Hours | E U19.64 | E U213,526.08 |

ESTIMATED NET AMT E U213,526.08

ACRN AA Funded Amount $207,025.48

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1003AL | | 3,624 | Hours | E U75.45 | E U273,430.80 |
| EXERCISED OPTION | Mobilesearch Team- Principle locations<br>FFP<br>Mobilesearch operators (team of 3 each) for areas identified as Principle locations IAW PWS at Attachment D<br>PURCHASE REQUEST NUMBER: WK4SV4-5240-N651 | | | | |

ESTIMATED NET AMT E U273,430.80

ACRN AA Funded Amount $265,106.46

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 1003 | Destination | Government | Destination | Government |
| 1003AA | Destination | Government | Destination | Government |
| 1003AC | Destination | Government | Destination | Government |
| 1003AD | Destination | Government | Destination | Government |
| 1003AF | Destination | Government | Destination | Government |
| 1003AG | Destination | Government | Destination | Government |
| 1003AI | Destination | Government | Destination | Government |
| 1003AL | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 1003 | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | USAREUR/7A, OPM<br>//<br>ATTN: AEAPM-SO<br>BLDG. 333, TAYLOR BKS<br>HAVELLANDSTR.<br>D-68309 MANNHEIM<br>FOB: Destination | WK4B9S |

| | | | | |
|---|---|---|---|---|
| 1003AA | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AC | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AD | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AF | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AG | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AJ | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |
| 1003AL | POP 01-OCT-2004 TO 28-FEB-2005 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | WK4B9S |

ACCOUNTING AND APPROPRIATION DATA

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089
AMOUNT: $23,529,902.97

| CLIN | 235th BSB | 417th BSB | 280th BSB | 279th BSB | Totals |
|---|---|---|---|---|---|
| 1003AA Stationary Guard Armed | 531,640 | 757,520 | 499,320 | 254,040 | 2,042,520 |
| 1003AB Stationary Guard Unarmed | | | | | |
| 1003AC Guard Supervisor Armed | 26,280 | 43,800 | 17,520 | 8,760 | 96,360 |
| 1003AD School Guard Armed | 2,972 | 2,972 | 8,916 | | 14,860 |
| 1003AE School Guard Unarmed | | | | | |
| 1003AF EDD Team Armed | 7,020 | 7,020 | 2,340 | 2,340 | 18,720 |
| 1003AG Patrol Dog Team Armed | | | | | |
| 1003AH IDS Monitor Armed | | | | | |
| 1003AJ Roving Patrol Armed | 8,760 | 17,520 | | | 26,280 |
| 1003AK Pass or Control Desk Clerk Unarmed | | | | | |
| 1003AL LVIS Team | | 8,760 | - | - | 8,760 |
| TOTALS | 576,672 | 837,592 | 528,096 | 265,140 | 2,207,500 |
| | | | | | 2,207,500 |

## 98th ASG POSTS

| ASG/BSB/SITE | Posts | POST No. | TOTAL INSTs | INSTALLTIONS | Gate/TYPE POST | Position | Hours | Days | Hours/YR | CLIN | TOUR/REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98th ASG | 83 | | 32 | | | 266 | | | 2,207,500 | | Tour |
| 235th BSB: | 24 | | 12 | | | 70 | | | 576,672 | | |
| KATTERBACH | 7 | | 2 | | | 23 | | | 195,640 | | |
| | 1 | GUARD SUPERVISOR | | | | 2 | 24 | 7 | 17520 | 1003AC | |
| | 1 | Post 8 | 1 | KATTERBACH KASERNE | FRONT (exit) | 4 | 24 | 7 | 35040 | 1003AA | |
| | 1 | Post 9 | | " | BACK (HS) | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post 9C | | " | TURNSTILE Gate | 1 | 16 | 7 | 5840 | 1003AA | 0600-2200 |
| | 1 | Post 10 | 1 | BISMARCK KASERNE | MAIN | 7 | 24 | 7 | 61320 | 1003AA | |
| | 1 | Post 2 | | Katterbach AAF/Heliport Barracks | Gate A (MAIN) | 1 | 16 | 7 | 5840 | 1003AA | 0600-2200 |
| | 1 | Post 6A | | " | ENTRANCE | 6 | 24 | 7 | 52560 | 1003AA | |
| | 7 | ANSBACH | 5 | | | 21 | | | 168,912 | | |
| | 1 | Post 15 | 1 | BARTON BARRACKS | FRONT | 6 | 24 | 7 | 52560 | 1003AA | |
| | 1 | Post XX | 1 | BLEIDHORN UPPER HOUSING | ENT/EXIT Gate | 6 | 24 | 7 | 52560 | 1003AA | |
| | 1 | Post XX | 1 | BLEIDHORN LOWER HOUSING | ENT/EXIT Gate | 5 | 24 | 7 | 43800 | 1003AA | |
| | 3 | Post X | 1 | EDD | | 3 | 9 | 5 | 7020 | 1003AF | |
| | 1 | Post 99 | 1 | DODDS | RAINBOW ELEM | 1 | 14 | 5 | 2072 | 1003AD | 0600-2000/10 MONTHS |
| | 7 | ILLESHEIM | 2 | | | 16 | | | 134,620 | | |
| | 1 | GUARD SUPERVISOR | | | | 1 | 24 | 7 | 8760 | 1003AC | |
| | 1 | Post 11 | 1 | STORCK Barracks | FRONT | 8 | 24 | 7 | 70080 | 1003AA | |
| | 1 | Post 5 | 1 | Illesheim AAF/STORK Barracks | Gate 5 (MAIN) | 3 | 24 | 7 | 26280 | 1003AA | |
| | 1 | Post 6 | | " | Pedestrian Gate | 1 | 12 | 5 | 3120 | 1003AA | 0600-1800 |
| | 1 | Post XX | | " | AFF Entrance | 1 | 24 | 5 | 8760 | 1003AA | 0600-1800 |
| | 1 | Post 7B | | " | WALK Patrol | 1 | 24 | 7 | 8760 | 1003AA | |
| | 1 | Post 7A | | " | MOTOR Patrol | 1 | 24 | 7 | 8,760 | 1003AJ | |
| | 3 | SHIPTON | 3 | | | 10 | | | 87,600 | | |
| | 1 | Post 12 | 1 | SHIPTON KASERNE | FRONT | 6 | 24 | 7 | 52560 | 1003AA | |
| | 1 | Post 14 | 1 | NEAR IRP | FRONT | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post 14A | 1 | FAR IRP | MAIN | 2 | 24 | 7 | 17520 | 1003AA | |
| 417th BSB: | 33 | | 11 | | | 102 | | | 837,592 | | |
| KITZINGEN | 13 | | 5 | | | 36 | | | 320,672 | | |
| | 2 | GUARD SUPERVISOR | | | | 2 | 24 | 7 | 17,520 | 1003AC | |
| | 1 | Post 2 | | HARVEY Barracks | EAST Gate | 10 | 24 | 7 | 87600 | 1003AA | |
| | 1 | Post 1 | | " | MAIN Gate | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post [illegible] | 1 | LARSON Barracks | MAIN Gate | 3 | 24 | 7 | 26280 | 1003AA | |
| | 1 | Post 5 | | " | WEST Gate | 5 | 24 | 7 | 43800 | 1003AA | |
| | 1 | Post XX | 1 | RICHTHOFEN CIRCLE HOUSING | MAIN Gate | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post XX | 1 | CORLETTE HOUSING | MAIN Gate | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post XX | 1 | MARSHALL HEIGHTS HOUSING | Gate 4 (REAR) | 6 | 24 | 7 | 52560 | 1003AA | |
| | 1 | Post XX | | " | EXIT Gate | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post XX | | " | BB Gate | 2 | 24 | 7 | 17520 | 1003AA | |
| | 1 | Post 31 | 1 | DODDS | KITZ ELEM SCHL | 1 | 14 | 5 | 2072 | 1003AD | 0600-2000/10 MONTHS |
| | 1 | Post [illegible] | | EDD | | 1 | 9 | 5 | 2340 | 1003AF | |

[illegible]-D-0025 D.O. 0007 Attachment Page 1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GIEBELSTADT | 4 | | | 2 | | | 13 | | | 113,880 | |
| | | 1 | GUARD SUPERVISOR | | | | 1 | 24 | 7 | 8,760 1003AC | |
| | | 1 | Post 8 | 1 | GIEBELSTADT AAF | Gate 1 (MAIN) | 8 | 24 | 7 | 70080 1003AA | 0600-1800 |
| | | 1 | Post 7 | | " | Gate 3 (MP) | 2 | 24 | 7 | 17520 1003AA | |
| | | 1 | Post 3 | 1 | "/Heliport Barracks | MOTOR Patrol | 2 | 24 | 7 | 17520 1003AJ | |
| WUERZBURG | 16 | | | 4 | | | 51 | | | 403,040 | |
| | | 2 | GUARD SUPERVISOR | | | | 2 | 24 | 7 | 17,520 1003AC | |
| | | 1 | Post 13 | 1 | FAULENBERG Kaserne | BACK | 1 | 16 | 5 | 4160 1003AA | 0600-1800 |
| | | 1 | Post 12 | | " | MAIN | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post 16 | 1 | HOSPITAL | DELIVERY Gate | 1 | 24 | 7 | 8760 1003AA | |
| | | | " | | " | " | 1 | 12 | 7 | 4380 1003AA | 0600-1800 |
| | | 1 | Post 15 | | " | ER Gate | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post 14 | | " | MAIN | 7 | 24 | 7 | 61320 1003AA | |
| | | | | | " | MAIN | 1 | 12 | 7 | 4380 1003AA | 0600-1800 |
| | | 1 | Post 10 | 1 | LEIGHTON Barracks | BACK Gate | 6 | 24 | 7 | 52560 1003AA | |
| | | 1 | Post 11 | | " | JACKSON AVE | 6 | 24 | 7 | 52560 1003AA | |
| | | 1 | Post 9 | | " | MAIN | 5 | 24 | 7 | 43800 1003AA | |
| | | 1 | Post XX | | " | GEBRUNN | 5 | 24 | 7 | 43800 1003AA | |
| | | 1 | Post XX | 1 | LINCOLN HOUSING | MAIN Gate | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post XX | | " | EXIT Gate | 2 | 24 | 7 | 17520 1003AA | |
| | | 2 | Post X | | EDD | | 2 | 9 | 5 | 4680 1003AF | |
| | | 1 | Post X | | LVIS Team (LEIGHTON) | | 3 | 24 | 7 | 8760 1003AL | |
| 200th BSB: | 19 | | | 7 | | | 83 | | | 620,080 | |
| SCHWEINFURT | 16 | | | 7 | | | 57 | | | 481,324 | |
| | | 2 | GUARD SUPERVISOR | | | | 2 | 24 | 7 | 17,520 1003AC | |
| | | 1 | Post 17 | 1 | CONN Barracks | MAIN Gate | 10 | 24 | 7 | 87600 1003AA | |
| | | 1 | Post 18 | | " | EAST Gate | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post XX | 1 | CONN Annex | MAIN | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post 20 | | LEDWARD Barracks | MAIN EXIT | 5 | 24 | 7 | 43800 1003AA | |
| | | 1 | Post 21 | | " | EAST Gate | 2 | 24 | 7 | 17520 1003AA | |
| | | 1 | Post 22 | | " | WEST Gate | 7 | 24 | 7 | 61320 1003AA | |
| | | 1 | Post XX | 1 | ASKON MANNER Haus | MAIN | 10 | 24 | 7 | 87600 1003AA | |
| | | 1 | Post XX | | " | EXIT | 2 | 24 | 7 | 17520 1003AA | |
| | | 1 | Post XX | | " | PED Gate | 1 | 24 | 7 | 8760 1003AA | |
| | | 1 | Post XX | 1 | YORKTOWN HOUSING | MAIN Gate | 6 | 24 | 7 | 52560 1003AA | |
| | | 1 | Post XX | 1 | DPW Compound | MAIN | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post 16 | 1 | DODDS | SCHWEIN ELEM SCH | 1 | 14 | 5 | 2072 1003AD | 0600-2000/10 MONTHS |
| | | 1 | Post 15 | 1 | DODDS | SCHWEIN MID SCH | 1 | 14 | 5 | 2072 1003AD | 0600-2000/10 MONTHS |
| | | 1 | Post X | | EDD | | 1 | 9 | 5 | 2340 1003AF | |
| | 3 | | BAD KISSINGEN | 3 | | | 6 | | | 46,772 | |
| | | 1 | Post XX | | DAILY VILLAGE HOUSING | MAIN Gate | 4 | 24 | 7 | 35040 1003AA | |
| | | 1 | Post XX | | " | EXIT Gate | 1 | 24 | 7 | 8760 1003AA | |
| | | 1 | Post 14 | | DODDS | BAD KISS ELEM SCH | 1 | 14 | 5 | 2072 1003AD | 0600-2000/10 MONTHS |
| 279th BSB: | 7 | | | 2 | | | 31 | | | 255,140 | |
| BAMBERG | | | | | | | | | | | |
| | | 1 | GUARD SUPERVISOR | | | | 1 | 24 | 7 | 8760 1003AC | |
| | | 1 | Post 23 | 1 | WARNER Barracks | Gate 1 | 2 | 24 | 7 | 17520 1003AA | |
| | | 1 | Post 24 | | " | Gate 3 | 12 | 24 | 7 | 105120 1003AA | |
| | | 1 | Post 25 | | " | Gate 4 | 10 | 24 | 7 | 87600 1003AA | 0600-1800 |
| | | 1 | Post 26 | | " | Gate 5 | 2 | 24 | 7 | 17520 1003AA | |
| | | 1 | Post 27 | 1 | MUNA Kaserne | Gate 7 | 3 | 24 | 7 | 26280 1003AA | |
| | | 1 | Post ? | | EDD | | 1 | 9 | 5 | 2340 1003AF | |

DABN01-03-D-0029 D.O. 0007 Attachment Page 2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 01
3. EFFECTIVE DATE: 02-Dec-2004
4. REQUISITION/PURCHASE REQ. NO.: WK4SV4-5240-N651
5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE: W912CM
WIESBADEN CONTRACTING CENTER
ATTN: SFCA-EC-C
KONRAD-ADENAUER-RING 39
D-65187 WIESBADEN

7. ADMINISTERED BY (If other than item 6) — CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SECURITAS GMBH
MR. WARMHOFF
ERNST-SACHS STR. 58
D- 97424 SCHWEINFURT

CODE: DB767 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABN01-03-D-0029-0007
X 10B. DATED (SEE ITEM 13) 31-Jul-2003

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[X] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Guard Services within 98th ASG
a. The purpose of this modification is to change the accounting and appropriation data as shown on attached pages.
b. All other terms and conditions remain unchanged.
///// End of Modification /////

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
EDMOND M. ROWAN / CONTRACTING OFFICER
TEL: 0611-816-2205 EMAIL: rowane@rcc.wbn.usacce.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED: 02-Dec-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION SF 1449 - CONTINUATION SHEET

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

CLIN 1003:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $0.00 from $0.00 to $0.00
The contract ACRN AB has been added.

SUBCLIN 1003AA:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $20,556,685.67 from $0.00 to $20,556,685.67
The contract ACRN AB has been added.

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $20,556,685.67 from $20,556,685.67 to $0.00

SUBCLIN 1003AC:

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $759,093.43 from $759,093.43 to $0.00

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $759,093.43 from $0.00 to $759,093.43
The contract ACRN AB has been added.

SUBCLIN 1003AD:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $117,070.70 from $0.00 to $117,070.70
The contract ACRN AB has been added.

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $117,070.70 from $117,070.70 to $0.00

SUBCLIN 1003AF:

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $381,193.48 from $381,193.48 to $0.00

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $381,193.48 from $0.00 to $381,193.48
The contract ACRN AB has been added.

SUBCLIN 1003AG:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $1,243,727.75 from $0.00 to $1,243,727.75
The contract ACRN AB has been added.

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $1,243,727.75 from $1,243,727.75 to $0.00

SUBCLIN 1003AJ:

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $207,025.48 from $207,025.48 to $0.00

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $207,025.48 from $0.00 to $207,025.48
The contract ACRN AB has been added.

SUBCLIN 1003AL:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $265,106.46 from $0.00 to $265,106.46
The contract ACRN AB has been added.

AA: 2152020000002AB7AA131075L0A2225402M36LCWK4SV45240N65136LC2M091089 was decreased by $265,106.46 from $265,106.46 to $0.00

(End of Summary of Changes)

15-FEB-2005 16:31 JRCC 0611816?74 P.01/02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 / 2

2. AMENDMENT/MODIFICATION NO.: 02
3. EFFECTIVE DATE: 17-Feb-2005
4. REQUISITION/PURCHASE REQ. NO.: WK4BV4-5340-N651
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE W912CM
WIESBADEN CONTRACTING CENTER
ATTN: SFCA-EC-C
KONRAD-ADENAUER-RING 39
D-65187 WIESBADEN

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SECURITAS GMBH
MR. WARNHOFF
ERNST-SACHS STR. 56
D-97424 SCHWEINFURT

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABN01-03-D-0029-0007
X 10B. DATED (SEE ITEM 13) 31-Jul-2003

CODE DB767 FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.212-4(c)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Guard Services within 98th ASG
a. The purpose of this modification is to increase the line item quantity for CLIN 1003AL and decrease the line item quantity for CLIN 1003AG accordingly, as shown on attached page.
b. As a result of the above, the total delivery order amount is decreased from EUR 24,258,741.92 by EUR 7.20 to EUR 24,258,734.72.
c. All other terms and conditions remain unchanged.

//// End of Modification ////

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Warnhoff Marco Project Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Kelly Strand-Fox
TEL: EMAIL:

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
16. Feb 05

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
16 Feb 05

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by EUR 7.20 from EUR24,268,741.92 to EUR24,268,734.72.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 1003AG
The pricing detail quantity has decreased by 2,565.00 from 35,280.00 to 32,715.00.

SUBCLIN 1003AL
The pricing detail quantity has increased by 1,236.00 from 3,624.00 to 4,860.00.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $6.99 from $23,529,902.97 to $23,529,895.98.

SUBCLIN 1003AG:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was decreased by $90,424.09 from $1,243,727.75 to $1,153,303.66

SUBCLIN 1003AL:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was increased by $90,417.10 from $265,106.46 to $355,523.56

(End of Summary of Changes)

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 of 3

2. AMENDMENT/MODIFICATION NO.: 8
3. EFFECTIVE DATE: 25-May-2005
4. REQUISITION/PURCHASE REQ. NO.: WK4EV4-0240-N881
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE W912CM
WIESBADEN CONTRACTING CENTER
ATTN: SFCA-EC-O
KONRAD-ADENAUER-RING 39
D-65187, WIESBADEN

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SECURITAS GMBH
MR. WARNHOFF
ERNST-SACHS STR. 54
D-97424 SCHWEINFURT

CODE DE787 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABN01-03-D-0025-0007
X 10B. DATED (SEE ITEM 13) 31-Jul-2003

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.212-4(C)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Guard Services within 98th ASG

a. The purpose of this modification is to adjust the line item quantities for the delivery order as actually used during the performance period 01 Oct 2004 through 28 Feb 2005.

b. As a result of the above, the total delivery order amount is decreased from EUR 24,259,734.72 by EUR 1,790,025.24 to EUR 22,469,709.48, and the order is hereby closed.

c. All other terms and conditions remain unchanged.

///// End of Modification /////

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Marco Warnhoff, Project Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Kelly Stratton Fox

TEL: EMAIL:

15B. CONTRACTOR/OFFEROR: (signature) (Signature of person authorized to sign)

15C. DATE SIGNED: 23. May 2005

16B. UNITED STATES OF AMERICA BY (signature) (Signature of Contracting Officer)

16C. DATE SIGNED: 23 May 05

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by EUR 1,799,025.24 from EUR 24,268,734.72 to EUR 22,469,709.48.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 1003AA
The pricing detail quantity has decreased by 30,334.0041 from 1,079,540.00 to 1,049,205.9959.

SUBCLIN 1003AD
The pricing detail quantity has decreased by 618.00 from 6,148.00 to 5,530.00.

SUBCLIN 1003AG
The pricing detail quantity has decreased by 32,715.00 from 32,715.00 to 0.00.

SUBCLIN 1003AJ
The pricing detail quantity has decreased by 82.00 from 10,872.00 to 10,790.00.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $1,744,255.60 from $23,529,895.98 to $21,785,640.38.

SUBCLIN 1003AA:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was decreased by $577,622.49 from $20,556,685.67 to $19,979,063.18

SUBCLIN 1003AD:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was decreased by $11,768.00 from $117,070.70 to $105,302.70

SUBCLIN 1003AG:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was decreased by $1,153,303.66 from $1,153,303.66 to $0.00

SUBCLIN 1003AJ:

AB: 2152020000002AB7AA13519700A2225402M36LQWK4SV45240N65136LQ2M091089 was decreased by $1,561.45 from $207,025.48 to $205,464.03

(End of Summary of Changes)