IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 07-255 C<br>No. 07-256 C<br>No. 07-257 C<br>(CONSOLIDATED)<br>(Judge Sweeney) |

PLAINTIFF'S MOTION TO DISMISS CASE NO. 07-256 C AND CLARIFICATION OF JOINT PRELIMINARY STATUS REPORT

COMES NOW Plaintiff, Securitas GmbH Werkschutz, through its attorneys, and moves the court, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), to dismiss the allegations contained in Case No. 07-256 C. Moreover, the Court has directed Plaintiff to clarify an apparent discrepancy in the currencies (i.e, Euros or Dollars) asserted in the Parties' Joint Preliminary Status Report ("JPSR") and Plaintiff's Complaint of the amount Plaintiff contends that Defendant has wrongfully recouped. Attorneys for Defendant have reviewed a draft of this Motion and Clarification. Defendant does not object to either matter. A proposed Order intended to affect the foregoing is attached.

PLAINTIFF'S MOTION TO DISMISS CASE NO. 07-256 C

Pursuant to RCFC 41(a)(1), Plaintiff respectfully requests that the Court dismiss only so much of the above-captioned case as relates to the allegations contained in the Complaint in Case No. 07-256 C. This motion is made without prejudice to, and does not seek dismissal of, the allegations contained in the Complaints in Case No. 07-255 C and Case No. 07-257 C. Further,

this Motion seeks dismissal only of the allegations in Plaintiff's Complaint in Case No. 07-256 C and is made without prejudice to Defendant's previously filed counter-claims in Case No. 07-256 C over which the court may have an independent basis for subject matter jurisdiction.

PLAINTIFF'S CLARIFICATION OF JOINT PRELIMINARY STATUS REPORT

In the Parties' JPSR dated April 11, 2008, Plaintiff's Statement of Factual and Legal issues asserted that the contracting officer wrongfully recouped $2,349,576 (i.e., United States dollars in the amount of 2,349,576) from Plaintiff (JPSR, Doc. 24, at 2). However, in its Complaint in Case No. 07-255 C, Plaintiff averred that the contracting officer wrongfully asserted a government claim for recoupment in the amount of €2,349,576 (i.e., Euros in the amount of 2,349,576). By Order dated May 2, 2008, (Doc. No. 29) the Court directed Plaintiff to clarify this discrepancy between the currencies in the JPSR and in its Complaint.

On further review, the Parties have concluded that a typographical error occurred in the process of finalizing the JPSR, and the designation of the amount in United States dollars is an error. The amount which Plaintiff contends has been wrongfully recouped by Defendant is €2,349,576 and is not $2,349,576.

## CONCLUSION

WHEREFORE, Plaintiff respectfully moves that the course dismiss so much of the above-captioned case as relates to the allegations contained in Plaintiff's Complaint in Case No. 07-256C, only.

Respectfully Submitted,

s/ John J. Pavlick, Jr. by s/ Paul A. Debolt

JOHN J. PAVLICK, Jr.
Venable LLP
575 7th St., N.W.
Washington, DC 20004-1601
Tele: (202) 344-4000
Fax: (202) 344-8300

Of Counsel:

PAUL A. DEBOLT
Venable LLP
575 7th St., N.W.
Washington, DC 20004-1601

Dated: August 22, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-255 C |
| v. | ) | No. 07-256 C |
| | ) | No. 07-257 C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Judge Sweeney) |
| Defendant. | ) | |

**[PROPOSED] ORDER**

On consideration of Plaintiff's Motion to Dismiss the allegations in its Complaint under Case No. 07-256 C, and there being no objection by Defendant, the allegations in said Complaint are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

________________________________

MARGARET M. SWEENEY
Judge

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August, 2008, a copy of foregoing "PLAINTIFF'S MOTION TO DISMISS CASE NO. 07-256 C AND CLARIFICATION OF JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/_Paul A. Debolt____

DC1/296762