IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 07-255 C<br>Case No. 07-256 C<br>Case No. 07-257 C<br>(CONSOLIDATED)<br>(Judge Sweeney) |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD**

Pursuant to RCFC Rule 83.1 (c)(4), Plaintiff SECURITAS GmbH WERKSCHUTZ ("Securitas") respectfully moves for leave of Court to substitute Paul A. Debolt, a member of the bar of this Court, as their attorney of record. An affidavit of appointment is attached. By his signature below, John J. Pavlick, Jr., the previous attorney of record for Securitas, indicates his consent to the substitution and will remain as Of Counsel in this litigation. Defendant's counsel has been informed of this substitution and does not object.

DATED: August 22, 2008

Respectfully Submitted,

Paul A. Debolt
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
202.344.8384
202.344.8300 (fax)

DATED: August 22, 2008

John J. Pavlick, Jr.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004
202.344.4894
202.344.8300 (fax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Case No. 07-255 C<br>Case No. 07-256 C<br>Case No. 07-257 C<br>(Judge Sweeney) |

**AFFIDAVIT OF APPOINTMENT**

I, Paul A. Debolt, state as follows:

1. I was admitted to the bar of the Court of Federal Claims on September 20, 1996.

2. I have been retained by plaintiff SECURITAS GmbH WERKSCHUTZ to represent them as attorney of record in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2008.

Paul A. Debolt

~~STATE OF~~ DISTRICT
) SS:
~~COUNTY OF~~ OF COLUMBIA )

On this 22ND day of AUGUST, 2008, before me a Notary Public, personally appeared PAUL A. DEBOLT, known to me (or satisfactorily proven) to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free and voluntary act and deed and for the purpose therein contained.

Given under my hand and seal this 22ND day of August, 2008.

Donna C. Pieper
Notary Public

My Commission Expires: 6/30/2009

onna C. Pieper
otary Public, District of Columbia
y Commission Expires 6-30-2009

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 22, 2008, a true and complete copy of Plaintiff's Response to Defendant's Counterclaims was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Armando A. Rodriguez-Feo, Esquire
Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov
Attorney of Record for Defendant
Headquarters, United States Army Europe.

s/ Paul A. Debolt

__________________________________

Paul A. Debolt