IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ, Plaintiff, | ) | No. 07-255 C |
| v. | ) | No. 07-256 C |
| | ) | No. 07-257 C |
| THE UNITED STATES, Defendant. | ) | (CONSOLIDATED) (Judge Sweeney) |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, SECURITAS GmbH Werkschutz, through its attorneys, and moves the Court, pursuant to Rules 6.1 and 7(b)(1) of the Rules of the United States Court of Federal Claims, to grant this Unopposed Motion for Enlargement of Time to Reply to Defendant's Motion to Dismiss. Plaintiff, after consultation with Defendant's counsel, hereby moves for a sixty (60) calendar-day extension of time to reply to Defendant's Motion to Dismiss, which was filed on August 15, 2008. The reply is currently due on September 15, 2008. Plaintiff's reply would now be due on November 14, 2008. The Defendant does not oppose this motion. Plaintiff is requesting this enlargement of time to meet with the Defendant and explore any possibility of a principled business resolution of the disputes currently before this Court.

Respectfully submitted,

s/ Paul A. Debolt

______________________________

Paul A. Debolt
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: padebolt@venable.com

Attorney of Record for Plaintiff

Of Counsel:
John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Electronic Mail: jjpavlick@venable.com

Date: September 10, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURITAS GmbH WERKSCHUTZ,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-255 C<br>No. 07-256 C<br>No. 07-257 C<br>(CONSOLIDATED)<br>(Judge Sweeney) |

**[PROPOSED] ORDER**

On consideration of Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Motion to Dismiss, and there being no objection by Defendant, Plaintiffs shall have until November 14, 2008 to file a reply to the Motion to Dismiss.

**IT IS SO ORDERED.**

____________________________________
MARGARET M. SWEENEY
Judge

CERTIFICATE OF FILING

I hereby certify that on this 10th day of September, 2008, a copy of foregoing "PLAINTIFF'S MOTION TO FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul A. Debolt

______________________