# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(CONSOLIDATED)

(Filed: September 11, 2008)

| | |
|---|---|
| SECURITAS GmbH WERKSCHUTZ, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On September 10, 2008, plaintiff filed an Unopposed Motion for Enlargement of Time to Reply to Defendant's Motion to Dismiss ("motion"). In its motion, plaintiff requests a sixty (60) day enlargement of time, to and including November 14, 2008, within which to respond to defendant's motion to dismiss.[1] Plaintiff's response is currently due September 15, 2008. Plaintiff represents that defendant does not oppose its motion and that the reason for its request is "to meet with the Defendant and explore any possibility of a principled business resolution of the disputes currently before this Court." **Accordingly, plaintiff's motion is GRANTED. Plaintiff shall file its response by no later than Friday, November 14, 2008.** In the event that the parties require additional time beyond November 14–or believe that staying briefing on defendant's motion to dismiss is appropriate–in order to facilitate settlement negotiations, they should file the appropriate motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Plaintiff states that it seeks an enlargement of time to file a reply to defendant's motion; however, plaintiff's motion actually concerns its response, not a reply, to defendant's motion.